**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

# CLERK'S MINUTES

| CASE #: | 8:13-cv-1592 AEP & 8:16-cv-1622 AEP | DATE: | 6/27/16 |
|---|---|---|---|
| HONORABLE ANTHONY E. PORCELLI | | | |
| 8:13-cv-1592 AEP<br>CINQ AUTOMOBILES<br>        Plaintiff,<br>v.<br><br>BUCCANEERS LIMITED PARTNERSHIP<br>        Defendant | | **PLAINTIFF'S COUNSEL** in 13-cv-1592<br>Michael Addison, Ryan Kelly, Michele Zakrewski, Ross Good<br><br>**PLAINTIFF'S COUNSEL** in 16-cv-1622<br>Daniel Cohen and Phillip Bock attys for Tech Training Associates | |
| 8:16-cv-1622 AEP<br>TECHNOLOGY TRAINING ASSOCIATES<br>        Plaintiff,<br>v.<br><br>BUCCANEERS LIMITED PARTNERSHIP<br>        Defendant | | **DEFENSE COUNSEL**<br>Kathleen Lally and David Cohen, Mark Mester, Joseph Verner, attys for Defendant Buccaneers Limited Partnership | |
| COURT REPORTER: DIGITAL | | DEPUTY CLERK: | Lynne Vito |
| TIME: 10:06 to 11:10   TOTAL:   min | | COURTROOM: | 10A |

**PROCEEDINGS:** MOTION HEARING - STATUS CONFERENCE

13-1592: #207 TO CERTIFY CLASS; #236 TO TRANSFER; #237 TO STAY;  #241 FOR MISC RELIEF

16-1622: # 8 TO TRANSFER; #18 CLASS CERTIFICATION.

Re: motion to transfer the case those motions will be denied as moot.

As stated by the Court, the parties may file a supplemental memorandum of no more than 10 pages (which need only be filed in Case No.8:16-cv-1622-AEP) to address when the Court should conduct an inquiry into the allegations of a "reverse auction."