# EXHIBIT 5

**Buti, Barb (CH)**

___

**From:** Ross Good <rgood@andersonwanca.com>
**Sent:** Tuesday, June 14, 2016 6:14 PM
**To:** Mester, Mark (CH)
**Subject:** Re: Re:

Will you agree to stop negotiating with Mr. Oppenheim's new firm?

I think we should talk. 847-350-9861

--
Ross Good
Anderson + Wanca
3701 Algonquin Rd., Suite 500
Rolling Meadows, IL 60008
rgood@andersonwanca.com - EMail
(847) 350-9861 - Direct Line
(847) 350-9861 - Direct Fax
(847) 368-1500 - Office Phone
(847) 368-1501 - Office Fax

On Tue, Jun 14, 2016 at 6:12 PM <mark.mester@lw.com> wrote:
> Ross - This is extremely disappointing.  Literally out of the blue, you are placing a number of additional restrictions on making Mr. Biggerstaff available in Philadelphia on June 23rd, most significantly that we forego a second session with your expert.  We have made clear to you, however, since December that we would need two days with Mr. Biggerstaff, and the fact that Ryan chose to require our client to stick with Mr. Canfield at the April hearing is scarcely a valid reason to now prejudice our client, given that the reason for the delay and the reason why the deposition needs to occur in Philadelphia is due to Mr. Canfield's health problems.  Moreover, if Mr. Biggerstaff is available the following week (as it was reported to us he is), then any "delay" would be minimal at most, making your current proposal again smack of gamesmanship.   We remain prepared to go forward with the first session of Mr. Biggerstaff's deposition on June 23rd, but we reject the conditions you are now trying to place on Mr. Biggerstaff's availability.
>
> _____
> From: Ross Good <rgood@andersonwanca.com>
> Sent: Tuesday, June 14, 2016 4:03:20 PM
> To: Mester, Mark (CH)
> Subject: Re:
>
> Mark,
>
> Mr. Biggerstaff is able to travel to Philadelphia on 6/23 for a deposition that starts at 10AM and concludes by 7pm. Mr. Biggerstaff is not under any obligation to travel to the location that your expert finds most suitable to attend his deposition in-person. Additionally, you will have the opportunity to go well beyond the standard 7 hour deposition.
>
> We will not agree to any extension for your Response to Class Certification beyond 6/27 and there are no other dates for Mr. Biggerstaff to travel to Philadelphia prior to that date.

480

**Buti, Barb (CH)**

---

| | |
|---|---|
| **From:** | Mester, Mark (CH) |
| **Sent:** | Tuesday, June 14, 2016 6:12 PM |
| **To:** | Ross Good |
| **Subject:** | RE: Re: |

Ross - This is extremely disappointing.   Literally out of the blue, you are placing a number of additional restrictions on making Mr. Biggerstaff available in Philadelphia on June 23rd, most significantly that we forego a second session with your expert.  We have made clear to you, however, since December that we would need two days with Mr. Biggerstaff, and the fact that Ryan chose to require our client to stick with Mr. Canfield at the April hearing is scarcely a valid reason to now prejudice our client, given that the reason for the delay and the reason why the deposition needs to occur in Philadelphia is due to Mr. Canfield's health problems.   Moreover, if Mr. Biggerstaff is available the following week (as it was reported to us he is), then any "delay" would be minimal at most, making your current proposal again smack of gamesmanship.   We remain prepared to go forward with the first session of Mr. Biggerstaff's deposition on June 23rd, but we reject the conditions you are now trying to place on Mr. Biggerstaff's availability.

---

**From:** Ross Good <rgood@andersonwanca.com>
**Sent:** Tuesday, June 14, 2016 4:03:20 PM
**To:** Mester, Mark (CH)
**Subject:** Re:

Mark,

Mr. Biggerstaff is able to travel to Philadelphia on 6/23 for a deposition that starts at 10AM and concludes by 7pm. Mr. Biggerstaff is not under any obligation to travel to the location that your expert finds most suitable to attend his deposition in-person. Additionally, you will have the opportunity to go well beyond the standard 7 hour deposition.

We will not agree to any extension for your Response to Class Certification beyond 6/27 and there are no other dates for Mr. Biggerstaff to travel to Philadelphia prior to that date.

If you agree to take Mr. Biggerstaff's deposition on 6/23 and forego taking it on multiple days then we will agree to extend the deadline for your Response to Class Certification to 6/27. Furthermore, if you agree we need you to provide the subpoena and rider to us to give to Mr. Biggerstaff so he may have adequate time to respond. If you do not agree to this, I urge you to file the appropriate motion with the Court as we object to further extensions.

Last, you still have not provided an address to send the Nelson hard drive to. If you still want the Nelson hard rive, please provide an address where it can be signed for so as to preserve chain of custody.

Thanks

--
Ross Good
Anderson + Wanca
3701 Algonquin Rd., Suite 500