# EXHIBIT 9

## TERMS OF TECHNOLOGY TRAINING v. BLP SETTLEMENT

| | |
|---|---|
| **Settlement Class** | All persons who, in 2009 or 2010, received one or more facsimile advertisements sent by or on behalf of BLP and offering tickets for Tampa Bay Buccaneer games. |
| **Settlement Class Size** | Approximately 131,000 fax numbers<br>Approximately 340,000 faxes |
| **Settlement Fund** | $19.5 million<br>All Attorneys' Fee Awards and Incentive Awards will be paid from the Settlement Fund. |
| **Benefits to Settlement Class** | Settlement Class Members who received one or more unsolicited facsimile advertisements sent by or on behalf of BLP and who submit a Valid Claim shall be eligible to receive up to:<br>- $350 for the first such facsimile;<br>- $100 for the second such facsimile;<br>- $75 for the third such facsimile;<br>- $20 for the fourth such facsimile; and<br>- $20 for the fifth such facsimile.<br>BLP also agrees to not send in the future any unsolicited, facsimile advertisements that do not otherwise comply with the TCPA. |
| **Notice** | The Settlement Administrator will use the existing records to determine the mailing addresses for as many members of the Settlement Class as possible, and class notice and a claim form will be mailed to all such members of the Settlement Class.<br>Additional notice will be done by publication in a manner that satisfies due process.<br>Notice will be paid separately by BLP and will not be paid from the Settlement Fund. |
| **Attorneys' Fees & Costs** | Class Counsel will seek 25% of the Settlement Fund. |
| **Incentive Awards** | Plaintiff Technology Training Associates shall apply for an award of $20,000, and Plaintiff Larry E. Schwanke, D.C. d/b/a Back to Basics Family Chiropractic shall apply for an award of $3,000. |