**EXHIBIT B**

**From:** David Oppenheim <doppenheim@andersonwanca.com>
**Sent:** Wednesday, April 6, 2016 11:11 AM
**To:** phil@bockhatchllc.com
**Subject:** Fwd: We placed a hold on a recent deposit

Sent from my iPhone

Begin forwarded message:

> **From:** "chase.fraud.prevention@info.chase.com" <chase.fraud.prevention@info.chase.com>
> **Date:** April 6, 2016 at 6:07:44 AM CDT
> **To:** David Oppenheim <doppenheim@andersonwanca.com>
> **Subject: We placed a hold on a recent deposit**
> **Reply-To:** "chase.fraud.prevention@info.chase.com" <chase.fraud.prevention@info.chase.com>

# CHASE

## We placed a hold on a recent deposit to your account ending in 8761

Dear DAVID M OPPENHEIM OR 

We value our relationship and want you to know that on 04-04-2016, we placed a $50,000.00 hold on a deposit to your account. These funds should be available on 04-13-2016, but deposits may be subject to further review.

We will mail you a letter with more details this week. If you have questions, please call us between 7 a.m. and 1 a.m. ET at 1-877-691-8086, option 1. If you're outside the United States, please call us at 1-713-427-6380.

Sincerely,

*Nanda Srinivasan*
Nanda Srinivasan
Senior Vice President
Chase Fraud Prevention

Esta mensaje contiene información importante sobre la cuenta. Si tiene alguna pregunta, comuníquese con nosotros al 1-877-691-8086, opción 9. Si se encuentra fuera de los Estados Unidos, comuníquese con nosotros al 1-713-427-6380.

**Email Security Information**

1

**Email intended for: DAVID M OPPENHEIM OR** REDACTED

**For your account ending in: 8761**

If you have concerns about the authenticity of this message, please visit chase.com/CustomerService for options on how to contact us.

**ABOUT THIS MESSAGE**

This service email gives you updates and information about your Chase relationship.

This email was sent from an unmonitored mailbox. Go to chase.com/CustomerService for options on how to contact us.

Your privacy is important to us. See our online Security Center to learn how to protect your information.

Chase Privacy Operations, P.O. Box 659752, San Antonio, TX 78265-9752.
©2016 JPMorgan Chase & Co.

LCDHEA1014