**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**TECHNOLOGY TRAINING ASSOCIATES, INC.**
        **Plaintiff(s),**    _____
        Government   _____

**Case No: 8:16-cv-1622 AEP**

v.

      XX\_\_\_\_\_        Evidentiary

**BUCCANEERS LIMITED PARTNERSHIP**    _____        Trial
                                                       _____        Other

        **Defendant(s),**   _____

## COURT EXHIBIT LIST

| Exhibit No. | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| 1 | | 10/20/16 | | **April 29, email** |
| 2 | | 10/20/16 | | **Solicitation letters** |
| 3 | | 10/20/16 | | **(REDACTED) retainer agreement** |
| 4 | | 10/20/16 | | **May 7 email** |
| 5 | | 10/20/16 | | **Screen shot from Mr. Bock to Mr. Oppenheim** |
| 6 | | 10/20/16 | | **Electronic Notice of filing Mr Oppenheim received** |

**Case Number:** _____    **Page** _____ **of** _____ **Pages**

| Exhibit No. | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**EXHIBIT LIST -- CONTINUATION SHEET**

| | | | | |
|--|--|--|--|--|
| | | | | |
| | | | | |