## NOTIFICATION OF EXHIBITS TO EXHIBIT CLERK

CASE NO:  8:16-CV-1622 AEP

CASE STYLE:  TECHNOLOGY TRAINING ASSOCIATES V. BUCCANEERS LIMITED PARTNERSHIP

DEFENDANT'S:
(criminal cases only)

DATE EXHIBITS PLACED IN THE EXHIBIT ROOM: 10/20/16

TYPE OF HEARING                 Trial

                                Motion hearing

                                Evidentiary hearing  xxxx

                                Change of Plea

                                Sentencing

                                Non- Jury Trial

                                Other  (Type of hearing)

Total Number of Folders:

Boxes:

Envelopes:  1 Envelope

COURTROOM DEPUTY: LYNNE VITO

## Please file stamp and place in appropriate box