# EXHIBIT 3

**Jon Piper**

| | |
|---|---|
| **From:** | Brian Wanca <bwanca@andersonwanca.com> |
| **Sent:** | Wednesday, August 04, 2010 2:30 PM |
| **To:** | Michael Addison |
| **Cc:** | Phil Bock |
| **Subject:** | FW: tampa chiro v nfl |
| **Attachments:** | 20100804140301027.pdf |

Look what was sent to me. Are you game to sue the nfl with us?

-----Original Message-----
From: scanner@andersonwanca.com [mailto:scanner@andersonwanca.com]
Sent: Wednesday, August 04, 2010 2:03 PM
To: Brian
Subject:

This E-mail was sent from "RICOH" (Aficio MP 5000).

Scan Date: 08.04.2010 14:03:00 (-0500)
Queries to: scanner@andersonwanca.com

BLF000001



# GROUP TICKETS ON SALE NOW!

- Group tickets starting at **$32** per seat for groups of 10 or more
- Savings up to **$16** per ticket
- Fully catered tailgating packages also available

## GROUP TICKETS IDEAL TO:

- Reward employees
- Entertain clients
- Celebrate a birthday or special occasion

For more information, call the Buccaneers sales department at 877-649-2827 (2827) or purchase online at www.buccaneers.com

| | | | |
|---|---|---|---|
| Kansas City | Sat. | Aug. 21 | 7:30 PM |
| Jacksonville | Sat. | Aug. 28 | 7:30 PM |
| Cleveland | Sun. | Sept. 12 | 1:00 PM |
| Pittsburgh | Sun. | Sept. 26 | 1:00 PM |
| New Orleans | Sun. | Oct. 17 | 1:00 PM |
| St. Louis | Sun. | Oct. 24 | 1:00 PM |
| Carolina | Sun. | Nov. 14 | 1:00 PM |
| Atlanta | Sun. | Dec. 5 | 1:00 PM |
| Detroit | Sun. | Dec. 19 | 1:00 PM |
| Seattle | Sun. | Dec. 26 | 1:00 PM |

*Time Subject to change due to NFL Flex Scheduling*



UNITE & CONQUER

**Jon Piper**

| | |
|---|---|
| **From:** | Brian Wanca <bwanca@andersonwanca.com> |
| **Sent:** | Wednesday, August 04, 2010 2:44 PM |
| **To:** | Michael Addison |
| **Cc:** | Phil Bock |
| **Subject:** | RE: tampa chiro v nfl |

Correct on all counts. Your area is a hot bed for plaintiffs attys.

-----Original Message-----
From: Michael Addison [mailto:M@mcalaw.net]
Sent: Wednesday, August 04, 2010 2:33 PM
To: Brian Wanca
Subject: RE: tampa chiro v nfl

Yes--is it the nfl or simply the Bucs?  I already have a case pending against the Bucs from last year.  Is Tampa Chiro not a EBR or season ticket subscriber with the Bucs?

Michael C. Addison
Addison & Howard, P.A.
P. O. Box 172535
Tampa, FL  33672-0535
(813) 223-2000  Fax: (813) 228-6000
m@mcalaw.net

-----Original Message-----
From: Brian Wanca [mailto:bwanca@andersonwanca.com]
Sent: Wednesday, August 04, 2010 3:30 PM
To: Michael Addison
Cc: Phil Bock
Subject: FW: tampa chiro v nfl

Look what was sent to me. Are you game to sue the nfl with us?

-----Original Message-----
From: scanner@andersonwanca.com [mailto:scanner@andersonwanca.com]
Sent: Wednesday, August 04, 2010 2:03 PM
To: Brian
Subject:

This E-mail was sent from "RICOH" (Aficio MP 5000).

Scan Date: 08.04.2010 14:03:00 (-0500)
Queries to: scanner@andersonwanca.com

1

BLF000003

# BOCK & HATCH, LLC

2885 Collins Ave. Unit 1605
Miami Beach, FL 33140
312-658-5500 (Phone) * 312-658-5555 (Fax)

March 22, 20

Michael Higgins                                        Direct dial   312-658-5501
Chief of Financial Assets                              E-mail    phil@stoptexting.com
US Bancorp                                                   or   phil@bockhatch.com
P.O. Box 3500-3494

Re:   Fax Advertisements

Dear Michael Higgins:

Thank you for returning my claim for cash benefits in the Florida First Financial Group
settlement. Advertising faxes are illegal because they was...
telephone, cable and equipment. Even if you receive...
computer printer and promotional fax machine, these can be illegal.

...You have done a great service. Our law firm has spent more than 10 years fighting
...compensation for our efforts, just as was done in the Florida
...Federal law provides a minimum of $500 in damages for
...you serving as the "class representative" in a successful class
...additional money for doing so. We pursue these claims for all
...you pay no fees or costs unless we settle or win. If we win, then
...payment will come directly from the defendant or the funds we recover. You will never pay a
penny out of pocket.

Contact us now to help stop advertising faxes and collect money for fax ads you have received.
...Our main office is located in Chicago, Illinois, but a Florida-licensed attorney heads our
...network, and we are licensed in Florida.

Sincerely,

Philip A. Bock

You do not have to pay for a FREE consultation. Write your information below and fax this
to 312-658-5555, call 312-658-5501, or email him at phil@bockhatch.com.

Name:
Phone:
Email address:

BLF000004

## Phil Bock

| | |
|---|---|
| **From:** | Phil Bock <phil@bockhatchllc.com> |
| **Sent:** | Thursday, April 07, 2016 4:43 PM |
| **To:** | Robert Hatch - Outlook.com; Jim Smith; Tod Lewis; Jon Piper; Dan Cohen - External Email; Julia Titolo; Christopher Tourek; Kimberly M. Watt; Aaron Schneider |
| **Cc:** | Deborah O'Donovan |
| **Subject:** | David Oppenheim |

All -- I'm happy to announce that Dave Oppenheim has agreed to come work with us. Today was his last day at Wanca's office and he'll be coming to join us in the very near future. He'll help us finish the joint cases with Wanca and obviously help with the other cases we've got going, etc. I hope everybody agrees it's a good "add" to pick up an attorney we know and who is experienced in the types of work we do and I hope we will all welcome Dave when he arrives.

Phillip A. Bock
Bock & Hatch, LLC
134 N. La Salle St., Ste. 1000
Chicago, IL 60602
312-658-5501 direct
312-658-5555 fax

1

BLF000005

APR-22-16 07:25 AM  BACKTOBASICSFAMILYCHIRO.  352 369 0168          P.01

# BOCK & HATCH, LLC

6889 Collins Ave, Unit 1605
Miami Beach, FL 33141
312-658-5500 (Phone) ● 312-658-5555 (Fax)

March 22, 2016

Larry E Schwonke, Dc                        Direct dial – 312-658-5501
Back To Basic Family Chiropractic       E-mail –   phil@stopjunkfaxing.com
3910 S Pine Ave Ste C                          or   phil@bockhatchllc.com
Ocala, FL 34480-4931

Re:   __Fax Advertisements__

Dear Larry E Schwonke, Dc:

Thank you for submitting your claim for cash benefits in the Kaner v. Robert R. Schiffman, D.C., P.C., et al. settlement. Advertising faxes are illegal because they waste your paper, toner, and valuable time, and tie up your phone lines and equipment. Even if you receive them on a computer, rather than on a traditional fax machine, they can be illegal.

As you have experienced, we can help. Our law firm has spent more than 10 years fighting against advertising faxes and obtaining compensation for our clients, just as was done in the Kaner case (our client was awarded $15,000). Federal law provides a *minimum* of $500 in damages for each advertising fax you are sent. And if you serve as the "class representative" in a successful class action, the court is likely to award you additional money for doing so. We pursue these claims for all persons who received the same fax ad, so you pay no fees or costs unless we settle or win. Even then, our payment will come only from the defendant or the funds we recover. You will never pay us anything out of pocket.

Contact us if you want to stop advertising faxes and collect money for fax ads your company has received. Our main office is located in Chicago, Illinois, but a Florida-licensed attorney leads our firm and we work with lawyers based in Florida.

Sincerely,

*Phillip A Bock*

Phillip A. Bock

---

If you want a lawyer to call you for a no-cost consultation, write your information below and fax this page to 312-658-5555 or call Phil at 312-658-5501, or email him at phil@bockhatchllc.com:

Name: _Larry E Schwonke, PC._

Phone number: _352-369-5866_       E-mail address: _B2BCHIRO @ AOL.com_

---

Advertisement

BLF000006

## RE: Rogan

**David Oppenheim**
**Sent:** Friday, April 29, 2016 5:25 PM
**To:** Phil Bock

That was Andersen's read.

**From:** Phil Bock
**Sent:** Friday, April 29, 2016 5:18 PM
**To:** David Oppenheim
**Subject:** Re: Rogan

Mesters is a settler

Phillip A. Bock
312-658-5501

On Apr 29, 2016, at 5:46 PM, David Oppenheim <david@classlawyers.com> wrote:

> They actually brought in Mark Mester with Latham & Watkins after having a jamoke named Barry
> Postman for much of the case.
>
> **From:** Phil Bock
> **Sent:** Friday, April 29, 2016 4:43 PM
> **To:** David Oppenheim
> **Subject:** Re: Rogan

Yup. And you're allowed to have your opinions. As an attorney you work for the plaintiff and more so the class. The opinions of the attorney for whom you work are relevant but they're not the only consideration for an attorney. I'm not saying you would do it but you could come forward with another class member and settle that case over the objections of your former employer and also over the objections of your former individual client. In a class-action your penultimate duty is to the class, not to the named plaintiff and certainly not to some greedy asshole who is not a class member and is just sitting in an office in rolling Meadows. And I've got the case law that proves that. If you did it, the only people who would be mad at you would be the lawyer and the named plaintiffs who both ignored their duties and obligations to the absent class members. Fun stuff. Happens every day and nobody could sling the professional object or label. To make it even more Machiavellian perhaps it would be easy to get other people on the side of the class, such as local Attorney Michael Addison. It would be funny to put a bug in his ear, that somebody else is secretly negotiating with the Buccaneers in an uncertified class action.

And I think there is no case law I'm going the other way, which sort of makes you scratch your head and wonder if you could get in trouble somehow someday if they get a zero in the case and nobody stepped forward for the class. Instead they sat there and watched as somebody just argued for the purpose of increasing his fees. Some of it was shoved up my )&;& one time. And I would laugh my ass off.

This is all hypothetical of course because you never revealed any non-public details to me. But I know how you negotiate and I know that means you got a lot of money put on the table, and he's looking at

a judge who already probably thinks there's plenty of money made available to the class, and he's wondering how long he's going to let this guy drag it out just to inflate his fees.

I've also got the case law that says the judge does the fiduciary duty to the class. And so the mediation is probably confidential but if were talking about a judge who is going to be ruling on anything in the case, then the judge could even declare that a certain amount of money was made available and he thinks it's in the best interest of the class to except it.

I wish Buccaneers would hire some good lawyers. I think they've probably got the same guy deciding who their lawyers are and making football personnel decisions.  Maybe I should write a letter to their lawyers giving them some ideas. I'm not in the case.

Phillip A. Bock
312-658-5501

On Apr 29, 2016, at 5:32 PM, David Oppenheim <david@classlawyers.com> wrote:

> For the record, I am totally fine with Andersen.

> From: Phil Bock
> Sent: Friday, April 29, 2016 4:29 PM
> To: David Oppenheim
> Subject: Re: Rogan

> I'm sure you feel conflicted because you probably got the class everything they're going to get. The Buccaneers might come up some more but I'm sure what you got was already everything that would be claimed except by the friend of somebody up in Rolling Meadows.  I guess it will be a battle of wills between Brian who wants more money and a magistrate judge who probably wants to protect the local team and in a case he sees as only a step or two above frivolous and offering so much money to the guy on the other side that he and all of the judges put together would be jealous.

> Phillip A. Bock
> 312-658-5501

On Apr 29, 2016, at 5:25 PM, David Oppenheim <david@classlawyers.com> wrote:

> Something about pigs and hogs comes to mind.

> From: Phil Bock
> Sent: Friday, April 29, 2016 4:23 PM
> To: David Oppenheim
> Subject: Re: Rogan

> I love it.  All of a sudden I'm a Tampa Bay Buccaneers fan! Another case based on a hard drive and work leading up to it that I paid 50% of, and involving clients that were solicited through marketing efforts I paid 50% of.

> Phillip A. Bock
> 312-658-5501

BLF000008

On Apr 29, 2016, at 5:21 PM, David Oppenheim <david@classlawyers.com>
wrote:

> Yeah. He wants to set a record above the Capital One $75
> million settlement. The magistrate judge it's in front of is
> squeamish and is giving the Defendants a broad shot at
> disproving "on behalf of". Sort of like Sarris. Class cert is fully
> briefed.

**From:** Phil Bock
**Sent:** Friday, April 29, 2016 4:18 PM
**To:** David Oppenheim
**Subject:** Re: Rogan

Good, I hope he takes that case to trial. Because I'm sure you
and Judge Anderson already offered him more than he could
ever get. Lol

Phillip A. Bock
312-658-5501

On Apr 29, 2016, at 5:16 PM, David Oppenheim
<david@classlawyers.com> wrote:

> Could be but it's more likely that Brian doesn't
> like how the Tampa Bay Bucs mediation process
> went and resents Andersen's continued efforts.

**From:** Phil Bock
**Sent:** Friday, April 29, 2016 4:15 PM
**To:** David Oppenheim
**Subject:** Re: Rogan

And I will laugh if the issue is that he's had a
mediation with him since you left and couldn't
get the deal settled and he's blaming it on the
mediator

Phillip A. Bock
Bock, Hatch, Lewis & Oppenheim, LLC
134 N. La Salle St., Ste. 1000
Chicago, IL 60602
312-658-5501 direct
312-658-5555 fax
847-845-3347 cell

On Apr 29, 2016, at 5:12 PM, David Oppenheim
<david@classlawyers.com> wrote:

BLF000009

Brian had an issue with Andersen.
Here is what is available and works
for us with the rest:

Billik: 5/17, 19, 26.  6/14, 15, 20, 22,
23, 24, 27, 30

Bronstein:  5/18, 25.  6/10, 15, 16,
20, 21, 23, 24, 28, 29
Epstein: 5/9-11, 17, 18.  6/7, 8, 15,
21, 22, 27-30
Rakowski: 5/9, 10, 12, 13, 16-19, 25-
27.  6/3, 6, 7, 10, 13, 15-17, 20-24,
27, 28, 30.

In addition, we'd also recommend
former Illinois Appellate Judge
Stuart Palmer, who is also with
JAMS.  He is available: 5/9, 10, 13,
17, 19.  6/6, 7, 9, 10, 17, 20, 21, 23,
24, 27, 28, 30.

Using a former state appellate judge
can be helpful in a settlement
approval process.  Let us know.
Thanks and have a good weekend.

David M. Oppenheim
Bock, Hatch, Lewis & Oppenheim,
LLC
134 N. LaSalle St., Ste. 1000
Chicago, Illinois 60602
Tel: (312) 658-1500

**From:** Charles Spevacek
[mailto:cspevacek@meagher.com]
**Sent:** Friday, April 29, 2016 8:16 AM
**To:** David Oppenheim
**Cc:** Brian Wanca; Phil Bock; Jeffrey
Berman
**Subject:** RE: Rogan

Thanks, David.

I'm checking with my side on
the new names you added, but
if the two we agree on are
available soon, all the better.

BLF000010

Chuck

&lt;image001.jpg&gt;
**Charles Spevacek** | Partner
Meagher & Geer, P.L.L.P.
33 South Sixth Street, Suite
4400 | Minneapolis, Minnesota 55402
DIRECT: +1 612.347.9171 | FAX: +1
612.877.3066 | CELL:
+1.612.751.3219
cspevacek@meagher.com | meagher.com
| vCard | Bio

CELL: 612-751-3219

**Offices in Minnesota, Arizona, and
North Dakota**

---

**From:** David Oppenheim
[mailto:david@classlawyers.com]
**Sent:** Thursday, April 28, 2016 12:36
PM
**To:** Charles Spevacek
**Cc:** Brian Wanca; Phil Bock; Jeffrey
Berman
**Subject:** RE: Rogan

Chuck,

That sounds good.  Of your list, we
would be ok with Billik or Andersen.
We would also suggest:

-Jim Epstein (former Cook County
and Illinois Appellate Court judge
with JAMS)
-Thomas Rakowski (former Illinois
Appellate Court judge with JAMS)
-Phillip Bronstein (former Cook
County judge with ADR Systems)

We can check on availability for the
above five and let you know.
Obviously, sooner is better given

that we have a brief due.  Thanks.

David M. Oppenheim
Bock, Hatch, Lewis & Oppenheim,
LLC
134 N. LaSalle St., Ste. 1000
Chicago, Illinois 60602
Tel: (312) 658-1500

---

**From:** Charles Spevacek
[mailto:cspevacek@meagher.com]
**Sent:** Wednesday, April 27, 2016
10:55 AM
**To:** David Oppenheim
**Subject:** RE: Rogan

David,

Getting back to you on your
counter-demand, while we
can't accept the numbers you
propose, we feel we are
making some progress. Good
enough that we want to explore
further your suggestion of a
mediation. To that end, here is
a list of potential mediators:

Wayne Anderson (former
federal district court judge)
Dennis Burke (former Cook
County judge)
Patrick McGann (former Cook
County judge)
Richard Billik (former Cook
County judge)
Morton Denlow (former federal
magistrate)
Donald O'Connell (former Cook
County Chief Judge)

Any of them work for you?
Also, if you have someone
you'd suggest, let me know.

This took a bit of a back-seat
while we finalized our brief to
the Court of Appeals, but we'd

like to see if we can get somewhere on this as soon as you might be available.

Let me know.

Chuck


**Charles Spevacek** | Partner
Meagher & Geer, P.L.L.P.
33 South Sixth Street, Suite
4400 | Minneapolis, Minnesota 55402
DIRECT: +1 612.347.9171 | FAX: +1
612.877.3066 | CELL:
+1.612.751.3219
cspevacek@meagher.com | meagher.com
| vCard | Bio


CELL: 612-751-3219


--------------------------------------------------

**From:** Charles Spevacek
**Sent:** Friday, April 15, 2016 4:11 AM
**To:** 'David Oppenheim'
**Cc:** Amy Woodworth
**Subject:** RE: Rogan

David,

Sorry for the delay. I'll have something for you shortly.

Chuck


**Charles Spevacek** | Partner
Meagher & Geer, P.L.L.P.
33 South Sixth Street, Suite
4400 | Minneapolis, Minnesota 55402
DIRECT: +1 612.347.9171 | FAX: +1
612.877.3066 | CELL:
+1.612.751.3219
cspevacek@meagher.com | meagher.com
| vCard | Bio


BLF000013

CELL: 612-751-3219

---

**From:** David Oppenheim
[mailto:david@classlawyers.com]
**Sent:** Thursday, April 14, 2016 12:02 PM
**To:** Charles Spevacek
**Subject:** Rogan

Just following up to see where you folks are on this one. We sent a counter on 3/10. Please let me know. Thanks.

NOTICE: The foregoing message (including all attachments) is covered by the Electronic Communications Privacy Act,18 U.S.C. Sections 2510-2521, is CONFIDENTIAL and may also be protected by ATTORNEY-CLIENT or other PRIVILEGE. If you are not the intended recipient of this message, you are hereby notified that any retention, dissemination, distribution or copying of this communication is strictly prohibited. Please reply to the sender that you have received this message in error; then delete it. The U.S. Treasury Department requires us to advise you that this written advice is not intended or written by our firm to be used, and cannot be used by any taxpayer, for the purpose of avoiding any penalties that may be imposed under the Internal Revenue Code. Written advice from our firm relating to Federal tax matters may not, without our express written consent, be used in promoting, marketing or recommending any entity, investment plan or arrangement to any taxpayer, other than the recipient of the written advice. Thank you.

## Phil Bock

| | |
|---|---|
| **From:** | Phil Bock <phil@classlawyers.com> |
| **Sent:** | Friday, April 29, 2016 5:31 PM |
| **To:** | Tod Lewis; Jim Smith; Dan Cohen - External Email |
| **Subject:** | Tampa bay Buccaneers case |

Hmm.  Brian holding out for a record settlement in an uncertified case (not that the latter part is so relevant). We could find a plaintiff and approach the defendant about settling?  Lol.

Phillip A. Bock
312-658-5501

**From:** Phil Bock
**Sent:** Friday, April 29, 2016 4:43 PM
**To:** David Oppenheim
**Subject:** Re: Rogan

Yup.  And you're allowed to have your opinions.  As an attorney you work for the plaintiff and more so the class.  The opinions of the attorney for whom you work are relevant but they're not the only consideration for an attorney. I'm not saying you would do it but you could come forward with another class member and settle that case over the objections of your former employer and also over the objections of your former individual client. In a class-action your penultimate duty is to the class, not to the named plaintiff and certainly not to some greedy asshole who is not a class member and is just sitting in an office in rolling Meadows. And I've got the case law that proves that.  If you did it, the only people who would be mad at you would be the lawyer and the named plaintiffs who both ignored their duties and obligations to the absent class members. Fun stuff. Happens every day and nobody could sling the professional object or label.  To make it even more Machiavellian perhaps it would be easy to get other people on the side of the class, such as local Attorney Michael Addison. It would be funny to put a bug in his ear, that somebody else is secretly negotiating with the Buccaneers in an uncertified class action.

And I think there is no case law I'm going the other way, which sort of makes you scratch your head and wonder if you could get in trouble somehow someday if they get a zero in the case and nobody stepped forward for the class. Instead they sat there and watched as somebody just argued for the purpose of increasing his fees. (Some of it was shoved up my )&;& one time).  And I would laugh my ass off.

This is all hypothetical of course because you never revealed any non-public details to me. But I know how you negotiate and I know that means you got a lot of money put on the table, and he's looking at a

BLF000015

judge who already probably thinks there's plenty of money made available to the class, and he's wondering how long he's going to let this guy drag it out just to inflate his fees.

I've also got the case law that says the judge does the fiduciary duty to the class. And so the mediation is probably confidential but if were talking about a judge who is going to be ruling on anything in the case, then the judge could even declare that a certain amount of money was made available and he thinks it's in the best interest of the class to except it.

I wish Buccaneers would hire some good lawyers. I think they've probably got the same guy deciding who their lawyers are and making football personnel decisions.  Maybe I should write a letter to their lawyers giving them some ideas. I'm not in the case.

Phillip A. Bock

312-658-5501

On Apr 29, 2016, at 5:32 PM, David Oppenheim <david@classlawyers.com> wrote:

> For the record, I am totally fine with Andersen.

> From: Phil Bock
> Sent: Friday, April 29, 2016 4:29 PM
> To: David Oppenheim
> Subject: Re: Rogan

> I'm sure you feel conflicted because you probably got the class everything they're going to get. The Buccaneers might come up some more but I'm sure what you got was already everything that would be claimed except by the friend of somebody up in Rolling Meadows.  I guess it will be a battle of wills between Brian who wants more money and a magistrate judge who probably wants to protect the local team and in a case he sees as only a step or two above frivolous and offering so much money to the guy on the other side that he and all of the judges put together would be jealous.

> Phillip A. Bock

> 312-658-5501

> On Apr 29, 2016, at 5:25 PM, David Oppenheim <david@classlawyers.com> wrote:

>> Something about pigs and hogs comes to mind.

BLF000016

**From:** Phil Bock
**Sent:** Friday, April 29, 2016 4:23 PM
**To:** David Oppenheim
**Subject:** Re: Rogan

I love it.  All of a sudden I'm a Tampa Bay Buccaneers fan! Another case based on a hard drive and work leading up to it that I paid 50% of, and involving clients that were solicited through marketing efforts I paid 50% of.

Phillip A. Bock

312-658-5501

On Apr 29, 2016, at 5:21 PM, David Oppenheim <david@classlawyers.com> wrote:

> Yeah.  He wants to set a record above the Capital One $75 million settlement.  The magistrate judge it's in front of is squeamish and is giving the Defendants a broad shot at disproving "on behalf of".  Sort of like Sarris.  Class cert is fully briefed.

**From:** Phil Bock
**Sent:** Friday, April 29, 2016 4:18 PM
**To:** David Oppenheim
**Subject:** Re: Rogan

Good, I hope he takes that case to trial. Because I'm sure you and Judge Anderson already offered him more than he could ever get. Lol

Phillip A. Bock

312-658-5501

On Apr 29, 2016, at 5:16 PM, David Oppenheim <david@classlawyers.com> wrote:

> Could be but it's more likely that Brian doesn't like how the Tampa Bay Bucs

3

BLF000017

mediation process went and resents
Andersen's continued efforts.

**From:** Phil Bock
**Sent:** Friday, April 29, 2016 4:15 PM
**To:** David Oppenheim
**Subject:** Re: Rogan

And I will laugh if the issue is that he's
had a mediation with him since you left
and couldn't get the deal settled and
he's blaming it on the mediator

Phillip A. Bock

Bock, Hatch, Lewis & Oppenheim, LLC

134 N. La Salle St., Ste. 1000

Chicago, IL 60602

312-658-5501 direct

312-658-5555 fax

847-845-3347 cell

On Apr 29, 2016, at 5:12 PM, David
Oppenheim <david@classlawyers.com>
wrote:

> Brian had an issue with
> Andersen.  Here is what
> is available and works
> for us with the rest:

> Billik: 5/17, 19,
> 26.  6/14, 15, 20, 22,
> 23, 24, 27, 30

4

Bronstein:  5/18, 25.  6/10, 15, 16, 20, 21, 23, 24, 28, 29

Epstein: 5/9-11, 17, 18.  6/7, 8, 15, 21, 22, 27-30

Rakowski: 5/9, 10, 12, 13, 16-19, 25-27.  6/3, 6, 7, 10, 13, 15-17, 20-24, 27, 28, 30.

In addition, we'd also recommend former Illinois Appellate Judge Stuart Palmer, who is also with JAMS.  He is available: 5/9, 10, 13, 17, 19.  6/6, 7, 9, 10, 17, 20, 21, 23, 24, 27, 28, 30.

Using a former state appellate judge can be helpful in a settlement approval process.  Let us know.  Thanks and have a good weekend.

David M. Oppenheim

Bock, Hatch, Lewis & Oppenheim, LLC

134 N. LaSalle St., Ste. 1000

Chicago, Illinois 60602

Tel: (312) 658-1500

5

BLF000019

**From:** Charles Spevacek
[mailto:cspevacek@me
agher.com]
**Sent:** Friday, April 29,
2016 8:16 AM
**To:** David Oppenheim
**Cc:** Brian Wanca; Phil
Bock; Jeffrey Berman
**Subject:** RE: Rogan

Thanks, David.

I'm checking with my
side on the new
names you added,
but if the two we
agree on are
available soon, all the
better.

Chuck

<image001.jpg>
**Charles
Spevacek** | Partner
Meagher & Geer,
P.L.L.P.
33 South Sixth Street,
Suite
4400 | Minneapolis,
Minnesota 55402
DIRECT: +1
612.347.9171 | FAX: +1
612.877.3066 | CELL:
+1.612.751.3219
cspevacek@meagher.c
om | meagher.com
| vCard | Bio

CELL: 612-751-3219

6

BLF000020

**Offices in Minnesota, Arizona, and North Dakota**

---

---

**From:** David Oppenheim [mailto:david@classlawyers.com]
**Sent:** Thursday, April 28, 2016 12:36 PM
**To:** Charles Spevacek
**Cc:** Brian Wanca; Phil Bock; Jeffrey Berman
**Subject:** RE: Rogan

Chuck,

That sounds good.  Of your list, we would be ok with Billik or Andersen.  We would also suggest:

-Jim Epstein (former Cook County and Illinois Appellate Court judge with JAMS)

-Thomas Rakowski (former Illinois Appellate Court judge with JAMS)

-Phillip Bronstein (former Cook County judge with ADR Systems)

7

BLF000021

We can check on availability for the above five and let you know. Obviously, sooner is better given that we have a brief due. Thanks.

David M. Oppenheim

Bock, Hatch, Lewis & Oppenheim, LLC

134 N. LaSalle St., Ste. 1000

Chicago, Illinois 60602

Tel: (312) 658-1500

**From:** Charles Spevacek [mailto:cspevacek@meagher.com]
**Sent:** Wednesday, April 27, 2016 10:55 AM
**To:** David Oppenheim
**Subject:** RE: Rogan

David,

Getting back to you on your counter-demand, while we can't accept the numbers you propose, we feel we are making some progress. Good enough that we want to explore further your

8

BLF000022

suggestion of a mediation. To that end, here is a list of potential mediators:

Wayne Anderson (former federal district court judge)

Dennis Burke (former Cook County judge)

Patrick McGann (former Cook County judge)

Richard Billik (former Cook County judge)

Morton Denlow (former federal magistrate)

Donald O'Connell (former Cook County Chief Judge)

Any of them work for you? Also, if you have someone you'd suggest, let me know.

This took a bit of a back-seat while we finalized our brief to the Court of Appeals, but we'd like to see if we can get somewhere on this as soon as you might be available.

Let me know.

BLF000023

Chuck

**Charles Spevacek** | Partner Meagher & Geer, P.L.L.P.
33 South Sixth Street, Suite
4400 | Minneapolis, Minnesota 55402
DIRECT: +1 612.347.9171 | FAX: +1 612.877.3066 | CELL: +1.612.751.3219
cspevacek@meagher.com | meagher.com | vCard | Bio

CELL: 612-751-3219

---

**From:** Charles Spevacek
**Sent:** Friday, April 15, 2016 4:11 AM
**To:** 'David Oppenheim'
**Cc:** Amy Woodworth
**Subject:** RE: Rogan

David,

Sorry for the delay. I'll have something for you shortly.

Chuck

10

BLF000024

**Charles Spevacek** | Partner Meagher & Geer, P.L.L.P.
33 South Sixth Street, Suite
4400 | Minneapolis, Minnesota 55402
DIRECT: +1 612.347.9171 | FAX: +1 612.877.3066 | CELL: +1.612.751.3219
cspevacek@meagher.com | meagher.com
| vCard | Bio

CELL: 612-751-3219

---

**From:** David Oppenheim [mailto:david@classlawyers.com]
**Sent:** Thursday, April 14, 2016 12:02 PM
**To:** Charles Spevacek
**Subject:** Rogan

Just following up to see where you folks are on this one.  We sent a counter on
3/10.  Please let me know.  Thanks.

NOTICE: The foregoing message (including all attachments) is covered by the Electronic Communications Privacy Act,18 U.S.C. Sections 2510-2521, is CONFIDENTIAL and may also be protected by ATTORNEY-CLIENT

BLF000025

or other PRIVILEGE. If you are not the intended recipient of this message, you are hereby notified that any retention, dissemination, distribution or copying of this communication is strictly prohibited. Please reply to the sender that you have received this message in error; then delete it. The U.S. Treasury Department requires us to advise you that this written advice is not intended or written by our firm to be used, and cannot be used by any taxpayer, for the purpose of avoiding any penalties that may be imposed under the Internal Revenue Code. Written advice from our firm relating to Federal tax matters may not, without our express written consent, be used in promoting, marketing or recommending any entity, investment plan or arrangement to any taxpayer, other than the recipient of the written advice. Thank you.

BLF000026

## Phil Bock

| | |
|---|---|
| **From:** | Phil Bock <phil@classlawyers.com> |
| **Sent:** | Saturday, May 07, 2016 9:31 AM |
| **To:** | Jim Smith; Jon Piper; Dan Cohen - External Email; Robert Hatch - Outlook.com; Tod Lewis; Julia Titolo; Christopher Tourek; Kimberly M. Watt; John Martin; Marie Ang; Matthew Bock; Dyandrea Wells; Deborah O'Donovan; dennis@classlawyers |
| **Subject:** | Technology Training Associates v Tampa Bay Buccaneers -- screening David Oppenheim |

Announcement to all employees:

We have filed a class action against the Buccaneers. Do not discuss any Buccaneers litigation with David Oppenheim. Don't mention it at all. If he initiates a conversation about the subject, politely tell him you are not permitted to discuss it with him and then don't discuss it. If you have any questions, please direct them to Jim or me.

FYI, this is nothing personal against David.

If I left anybody off this email (other than D Oppenheim) please forward to that person. For example, I don't have David O'Donnell's address. And I believe Dennis Tirlea's email address isn't active yet.

Thank you,

Phillip A. Bock
Bock, Hatch, Lewis & Oppenheim, LLC
134 N. La Salle St., Ste. 1000
Chicago, IL 60602
312-658-5501 direct
312-658-5555 fax
847-845-3347 cell

BLF000027

## Phil Bock

| | |
|---|---|
| **From:** | Phil Bock <phil@classlawyers.com> |
| **Sent:** | Saturday, May 07, 2016 9:51 AM |
| **To:** | David Oppenheim |
| **Subject:** | Re: SERVICE OF COURT DOCUMENT - CASE NUMBER New Case |

Thanks. You got that because you're on the giant list that gets emails from service@Classlawyers.com

Phillip A. Bock
Bock, Hatch, Lewis & Oppenheim, LLC
134 N. La Salle St., Ste. 1000
Chicago, IL 60602
312-658-5501 direct
312-658-5555 fax
847-845-3347 cell

On May 7, 2016, at 9:48 AM, David Oppenheim <david@classlawyers.com> wrote:

Sent from my iPhone

Begin forwarded message:

> **From:** <eservice@myflcourtaccess.com>
> **Date:** May 6, 2016 at 4:40:03 PM CDT
> **To:** Undisclosed recipients:;
> **Subject: SERVICE OF COURT DOCUMENT - CASE NUMBER New Case**
>
> Notice of Service of Court Documents
>
> Filing Information

| | |
|---|---|
| Filing #: | 41207468 |
| Filing Time: | 05/06/2016 05:39:59 PM ET |
| Filer: | Phillip A Bock 312-658-5501 |
| Court: | Thirteenth Judicial Circuit in and for Hillsborough County, Florida |
| Case #: | New Case |
| Court Case #: | NEW CASE |
| Case Style: | TECHNOLOGY TRAINING ASSOCIATES, INC. VS BUCCANEERS LIMITED PARTNERSHIP et al. |

Documents

1

BLF000028

| Title | File |
|---|---|
| Civil Cover Sheet | CivilCoverSheet.pdf |
| Civil Cover Sheet | Civil cover Sheet2.pdf |
| Complaint | Complaint.pdf |
| Request For Division Assignment (E-Filing) | Request for Division.pdf |
| Motion For Class Certification | TTA Inc MOTION FOR CLASS CERT.pdf |
| Request For Summons To Be Issued (E-Filed) | Request for Summons TTA v. Buccaneers.pdf |

E-service recipients selected for service:

| Name | Email Address |
|---|---|
| Phillip A Bock | phil@bockhatchllc.com |
| | service@bockhatchllc.com |

E-service recipients deselected for service:

| Name | Email Address |
|---|---|
| No Matching Entries | |

This is an automatic email message generated by the Florida Courts E-Filing Portal. This email address does not receive email.

Thank you,
The Florida Courts E-Filing Portal

The following identifier(s) are associated with this transaction:

request_id#:41207468;Audit#:142146028;UCN#:New Case;

<Civil Cover Sheet.pdf>

<Civil Cover Sheet.pdf>

<Complaint.pdf>

<Request For Division Assignment (E-Filing).pdf>

<Motion For Class Certification.pdf>

<Request For Summons To Be Issued (E-Filed).pdf>

BLF000029

## RE: Buccaneers Ltd Partnership TCPA vs. - REF# 1340013089

David Oppenheim
**Sent:** Thursday, May 12, 2016 11:01 AM
**To:**   Phil Bock

OK. I will delete all e-mails.

---

**From:** Phil Bock
**Sent:** Thursday, May 12, 2016 11:01 AM
**To:** David Oppenheim <david@classlawyers.com>
**Subject:** RE: Buccaneers Ltd Partnership TCPA vs. - REF# 1340013089

David - You're "chinese walled" off this case. Do not review or respond to emails anybody sends you, or calls they make. Everybody at the office has been instructed not to discuss, acknowledge, ask you about this case or any case involving the Buccaneers.

Phillip A. Bock
Bock, Hatch, Lewis & Oppenheim, LLC
134 N. La Salle St., Ste. 1000
Chicago, IL 60602
312-658-5501 direct
312-658-5555 fax
847-845-3347 cell

---

**From:** Michael Addison [m@mcalaw.net]
**Sent:** Thursday, May 12, 2016 9:35 AM
**To:** David Oppenheim; Phil Bock
**Cc:** Brian Wanca
**Subject:** Buccaneers Ltd Partnership TCPA vs. - REF# 1340013089

Phil or David,

I received the email below with the referenced attachments from Judge Andersen's office in Chicago concerning a mediation scheduled for May 20. It references that it is a TCPA against the Buccaneers and that Mark Mester is opposing counsel. Can you shed any light on this situation?

Mike
Michael C. Addison
Addison & Howard, P.A.
400 N. Tampa St., Suite 1100
Tampa, FL 33602-4714
Tel: 813-223-2000 Fax: 813-228-6000
m@mcalaw.net

----- Original Message -----
**From:** bbuczkowski@jamsadr.com
**To:** Michael Addison; mark.mester@lw.com; danieljaycohen209@gmail.com
**Sent:** 5/11/2016 6:19PM

BLF000030

**Subject:** Buccaneers Ltd Partnership TCPA vs. - REF# 1340013089

Dear Counsel:

Your mediation is scheduled for **Friday, May 20, 2016**, beginning at **9:00 a.m.** for **8** hours with **Hon. Wayne R. Andersen (Ret.).**

Attached please find the JAMS mediation and fee agreements, as well as the fee schedule for Judge Andersen. Please carefully review the attached documents and share with your clients, paying particular attention to our cancelation/continuance and pre-payment policies. *Please note that this case is being scheduled after the cancelation deadline.*

In order to ensure that your mediation proceeds as scheduled, please sign & email both the fee and mediation agreement to Juliana Wilkin (jwilkin@jamsadr.com) by no later than *May 13, 2016*. An invoice for your share of the fees (if applicable) will follow under separate cover.

Please submit any pre-mediation position statements or other relevant information to Judge Andersen by no later than *May 18, 2016*. Judge Andersen does not have specific requirements as to content or format of pre-mediation submissions. We suggest that the parties confer and come to an agreement about what they will submit to him prior to the mediation and whether or not that information will be exchanged.

**Please email your submissions to** wra1991@aol.com, with a copy to me at bbuczkowski@jamsadr.com. If your submission contains exhibits, please bookmark the file containing the exhibits or attach each exhibit to your email as a separate PDF for easy navigation. If cases are cited, please provide links to or copies of those cases. Once the judge has reviewed your pre-mediation submissions, he may contact you individually to follow up.

**A note regarding submissions:** Unless instructed otherwise, Judge Andersen will thoroughly review all documents provided to him, and he will bill accordingly. Please feel free to supplement your submission with a cover letter providing guidance on how Judge Andersen might best focus and limit his reading.

Thank you, and please contact me if you have any questions.

Best,

Brooke

---

Brooke Buczkowski
Senior Case Manager

JAMS
71 S. Wacker Drive
Suite 3090
Chicago, IL 60606
bbuczkowski@jamsadr.com
Ph. 312-655-9191
Fax 312-655-0644

JAMSconnect online mediation is effective,

flexible and affordable. Contact us at
1.844.WebJAMS for more info.

BLF000032

## RE: Technology Training v. Buccaneers

Brian Wanca [bwanca@andersonwanca.com]
**Sent:** Thursday, May 12, 2016 12:00 PM
**To:**  Phil Bock
**Cc:**  m@mcalaw.net

Your firm has a conflict as David Oppenheim represented our plaintiffs in the numerous mediations with the bucs. You need to dismiss. Pls advise.

**Brian J. Wanca**

**ANDERSON+WANCA**
**3701 Algonquin Road, Suite 500**
**Rolling Meadows, IL 60008**
**Ph: 847-368-1500**
**Fax: 847-368-1501**

---

**From:** Brian Wanca
**Sent:** Thursday, May 12, 2016 11:29 AM
**To:** 'Phil Bock' <phil@classlawyers.com>
**Subject:** RE: Technology Training v. Buccaneers

I thought we did and that you agreed to settle out individually or dismiss your cases. I n this case you intentionally sent out marketing letter  to get class members.

**Brian J. Wanca**

**ANDERSON+WANCA**
**3701 Algonquin Road, Suite 500**
**Rolling Meadows, IL 60008**
**Ph: 847-368-1500**
**Fax: 847-368-1501**

---

**From:** Phil Bock [mailto:phil@classlawyers.com]
**Sent:** Thursday, May 12, 2016 11:09 AM
**To:** Brian Wanca <bwanca@andersonwanca.com>
**Subject:** RE: Technology Training v. Buccaneers

Brian -

We've had this discussion before. We've never had any agreement that precludes an overlapping or related case where our firms are not actively working a case together.

Phillip A. Bock
Bock, Hatch, Lewis & Oppenheim, LLC
134 N. La Salle St., Ste. 1000
Chicago, IL 60602
312-658-5501 direct

BLF000033

312-658-5555 fax
847-845-3347 cell

---

**From:** Brian Wanca [bwanca@andersonwanca.com]
**Sent:** Thursday, May 12, 2016 10:11 AM
**To:** Phil Bock
**Subject:** FW: Technology Training v. Buccaneers

Why are you filing over me?


Brian J. Wanca
ANDERSON+WANCA
3701 Algonquin Road, Suite 500
Rolling Meadows, IL 60008
Ph: 847-368-1500
Fax: 847-368-1501

BLF000034

# FW: Rogan
**David Oppenheim**
**Sent:** Thursday, May 12, 2016 1:40 PM
**To:** Phil Bock

---

**From:** Brian Wanca [mailto:bwanca@andersonwanca.com]
**Sent:** Thursday, May 12, 2016 1:39 PM
**To:** David Oppenheim <david@classlawyers.com>
**Cc:** Ross Good <rgood@andersonwanca.com>
**Subject:** RE: Rogan

David, in light of the conflict that exists between our firms and because of your breach of fiduciary duty in the bucs case, I do not want you to attend the mediation. I will attend.


# Brian J. Wanca
**ANDERSON+WANCA**
**3701 Algonquin Road, Suite 500**
**Rolling Meadows, IL 60008**
**Ph: 847-368-1500**
**Fax: 847-368-1501**

---

**From:** Brian Wanca
**Sent:** Thursday, May 12, 2016 11:08 AM
**To:** 'David Oppenheim' <david@classlawyers.com>
**Subject:** RE: Rogan

Pls check with me before you commit to mediations as I will need to attend. I am open that date but pls check with me as to my availability going forward.


# Brian J. Wanca
**ANDERSON+WANCA**
**3701 Algonquin Road, Suite 500**
**Rolling Meadows, IL 60008**
**Ph: 847-368-1500**
**Fax: 847-368-1501**

---

**From:** David Oppenheim [mailto:david@classlawyers.com]
**Sent:** Thursday, May 12, 2016 10:54 AM
**To:** Charles Spevacek <cspevacek@meagher.com>
**Cc:** Phil Bock <phil@classlawyers.com>; Brian Wanca <bwanca@andersonwanca.com>; Jeffrey Berman <jberman@andersonwanca.com>
**Subject:** RE: Rogan

We have confirmed 6/23 for the mediation.  A confirmation letter should follow shortly.

BLF000035

**From:** Charles Spevacek [mailto:cspevacek@meagher.com]
**Sent:** Monday, May 09, 2016 11:11 AM
**To:** David Oppenheim <david@classlawyers.com>
**Cc:** Phil Bock <phil@classlawyers.com>; Brian Wanca <bwanca@andersonwanca.com>; Jeffrey Berman <jberman@andersonwanca.com>
**Subject:** RE: Rogan

Agreed.

Will you check if he is still available?

MEAGHER & GEER
ATTORNEYS AT LAW    PLLP

**Charles Spevacek** | Partner
Meagher & Geer, P.L.L.P.
33 South Sixth Street, Suite 4400 | Minneapolis, Minnesota 55402
DIRECT: +1 612.347.9171 | FAX: +1 612.877.3066 | CELL: +1.612.751.3219
cspevacek@meagher.com | meagher.com | vCard | Bio

CELL: 612-751-3219

**Offices in Minnesota, Arizona, and North Dakota**

---

**From:** David Oppenheim [mailto:david@classlawyers.com]
**Sent:** Monday, May 09, 2016 11:09 AM
**To:** Charles Spevacek
**Cc:** Phil Bock; Brian Wanca; Jeffrey Berman
**Subject:** RE: Rogan

That's fine as long as we can do an unopposed motion for extension on our brief.  It is currently due 5/27.

**From:** Charles Spevacek [mailto:cspevacek@meagher.com]
**Sent:** Monday, May 09, 2016 11:02 AM
**To:** David Oppenheim <david@classlawyers.com>
**Subject:** RE: Rogan

David,

How about Billik on June 23?

Chuck

BLF000036



**Charles Spevacek** | Partner
Meagher & Geer, P.L.L.P.
33 South Sixth Street, Suite 4400 | Minneapolis, Minnesota 55402
DIRECT: +1 612.347.9171 | FAX: +1 612.877.3066 | CELL: +1.612.751.3219
cspevacek@meagher.com | meagher.com | vCard | Bio

CELL: 612-751-3219

**Offices in Minnesota, Arizona, and North Dakota**

---

**From:** David Oppenheim [mailto:david@classlawyers.com]
**Sent:** Friday, April 29, 2016 4:13 PM
**To:** Charles Spevacek
**Cc:** Brian Wanca; Phil Bock; Jeffrey Berman
**Subject:** RE: Rogan

Brian had an issue with Andersen.  Here is what is available and works for us with the rest:

Billik: 5/17, 19, 26.  6/14, 15, 20, 22, 23, 24, 27, 30

Bronstein:  5/18, 25.  6/10, 15, 16, 20, 21, 23, 24, 28, 29
Epstein: 5/9-11, 17, 18.  6/7, 8, 15, 21, 22, 27-30
Rakowski: 5/9, 10, 12, 13, 16-19, 25-27.  6/3, 6, 7, 10, 13, 15-17, 20-24, 27, 28, 30.

In addition, we'd also recommend former Illinois Appellate Judge Stuart Palmer, who is also with JAMS. He is available: 5/9, 10, 13, 17, 19.  6/6, 7, 9, 10, 17, 20, 21, 23, 24, 27, 28, 30.

Using a former state appellate judge can be helpful in a settlement approval process.  Let us know.  Thanks and have a good weekend.

David M. Oppenheim
Bock, Hatch, Lewis & Oppenheim, LLC
134 N. LaSalle St., Ste. 1000
Chicago, Illinois 60602
Tel: (312) 658-1500

---

**From:** Charles Spevacek [mailto:cspevacek@meagher.com]

BLF000037

**Sent:** Friday, April 29, 2016 8:16 AM
**To:** David Oppenheim
**Cc:** Brian Wanca; Phil Bock; Jeffrey Berman
**Subject:** RE: Rogan

Thanks, David.

I'm checking with my side on the new names you added, but if the two we agree on are available soon, all the better.

Chuck



**Charles Spevacek | Partner**
Meagher & Geer, P.L.L.P.
33 South Sixth Street, Suite 4400 | Minneapolis, Minnesota 55402
DIRECT: +1 612.347.9171 | FAX: +1 612.877.3066 | CELL: +1.612.751.3219
cspevacek@meagher.com | meagher.com | vCard | Bio

CELL: 612-751-3219

Offices in Minnesota, Arizona, and North Dakota

---

**From:** David Oppenheim [mailto:david@classlawyers.com]
**Sent:** Thursday, April 28, 2016 12:36 PM
**To:** Charles Spevacek
**Cc:** Brian Wanca; Phil Bock; Jeffrey Berman
**Subject:** RE: Rogan

Chuck,

That sounds good.  Of your list, we would be ok with Billik or Andersen.  We would also suggest:

-Jim Epstein (former Cook County and Illinois Appellate Court judge with JAMS)
-Thomas Rakowski (former Illinois Appellate Court judge with JAMS)
-Phillip Bronstein (former Cook County judge with ADR Systems)

We can check on availability for the above five and let you know.  Obviously, sooner is better given that we have a brief due.  Thanks.

David M. Oppenheim
Bock, Hatch, Lewis & Oppenheim, LLC
134 N. LaSalle St., Ste. 1000
Chicago, Illinois 60602

Tel: (312) 658-1500

---

**From:** Charles Spevacek [mailto:cspevacek@meagher.com]
**Sent:** Wednesday, April 27, 2016 10:55 AM
**To:** David Oppenheim
**Subject:** RE: Rogan

David,

Getting back to you on your counter-demand, while we can't accept the numbers you propose, we feel we are making some progress. Good enough that we want to explore further your suggestion of a mediation. To that end, here is a list of potential mediators:

Wayne Anderson (former federal district court judge)
Dennis Burke (former Cook County judge)
Patrick McGann (former Cook County judge)
Richard Billik (former Cook County judge)
Morton Denlow (former federal magistrate)
Donald O'Connell (former Cook County Chief Judge)

Any of them work for you? Also, if you have someone you'd suggest, let me know.

This took a bit of a back-seat while we finalized our brief to the Court of Appeals, but we'd like to see if we can get somewhere on this as soon as you might be available.

Let me know.

Chuck


**Charles Spevacek** | Partner
Meagher & Geer, P.L.L.P.
33 South Sixth Street, Suite 4400 | Minneapolis, Minnesota 55402
DIRECT: +1 612.347.9171 | FAX: +1 612.877.3066 | CELL: +1.612.751.3219
cspevacek@meagher.com | meagher.com | vCard | Bio


CELL: 612-751-3219

---

**From:** Charles Spevacek
**Sent:** Friday, April 15, 2016 4:11 AM
**To:** 'David Oppenheim'
**Cc:** Amy Woodworth
**Subject:** RE: Rogan

BLF000039

David,

Sorry for the delay. I'll have something for you shortly.

Chuck

**Charles Spevacek** | Partner
Meagher & Geer, P.L.L.P.
33 South Sixth Street, Suite 4400 | Minneapolis, Minnesota 55402
DIRECT: +1 612.347.9171 | FAX: +1 612.877.3066 | CELL: +1.612.751.3219
cspevacek@meagher.com | meagher.com | vCard | Bio


CELL: 612-751-3219


---

**From:** David Oppenheim [mailto:david@classlawyers.com]
**Sent:** Thursday, April 14, 2016 12:02 PM
**To:** Charles Spevacek
**Subject:** Rogan

Just following up to see where you folks are on this one.  We sent a counter on 3/10.  Please let me know.  Thanks.
NOTICE: The foregoing message (including all attachments) is covered by the Electronic Communications Privacy Act, 18
U.S.C. Sections 2510-2521, is CONFIDENTIAL and may also be protected by ATTORNEY-CLIENT or other PRIVILEGE.
If you are not the intended recipient of this message, you are hereby notified that any retention, dissemination, distribution
or copying of this communication is strictly prohibited. Please reply to the sender that you have received this message in
error; then delete it. The U.S. Treasury Department requires us to advise you that this written advice is not intended or
written by our firm to be used, and cannot be used by any taxpayer, for the purpose of avoiding any penalties that may be
imposed under the Internal Revenue Code. Written advice from our firm relating to Federal tax matters may not, without
our express written consent, be used in promoting, marketing or recommending any entity, investment plan or
arrangement to any taxpayer, other than the recipient of the written advice. Thank you.

## Fwd: Rogan

Daniel Cohen [danieljaycohen209@gmail.com]
Sent: Thursday, May 12, 2016 6:19 PM
To:   Phil Bock; David Oppenheim
Cc:   Dan Cohen - External Email

Phil and David, please see my email to Wanca regarding David's upcoming attendance and participation in the Rogan mediation.

---------- Forwarded message ----------
From: **Daniel Cohen** <danieljaycohen209@gmail.com>
Date: Thu, May 12, 2016 at 6:15 PM
Subject: Rogan
To: "Brian J. Wanca" <bwanca@andersonwanca.com>
Cc: Daniel Cohen <danieljaycohen209@gmail.com>

Brian,

Your email to David regarding the upcoming mediation in the Rogan case was forwarded to me for handling and disposition.

Your firm does not dictate to B&H which attorneys from B&H will attend and participate in mediations on cases in which B&H is counsel of record and appointed class counsel.

David will be attending and participating in the Rogan mediation on behalf of B&H and the class.

Dan

--
Daniel J. Cohen
Law Offices of Daniel J. Cohen
P.O. Box 432040
St. Louis, Missouri 63143
Phone: 314.497.6352
Fax: 314.932.1185
Email: danieljaycohen209@gmail.com

CONFIDENTIALITY NOTICE
You are hereby notified that 1) e-mail communication is not a secure method of communication; 2) any e-mail that is sent to you or by you may be copied and held by various computers it passes through as it goes from me to you or vice versa; 3) persons not participating in our communication may intercept our communication by improperly accessing your computer or my computer or even some computer unconnected to either of us which the e-mail passed through. I am communicating to you via e-mail because you have consented to receive communications via this medium. If you change your mind and want future communications to be sent in a different fashion, please let me know at once.

The information contained in this e-mail transmission is legally privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this transmission is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this transmission

is strictly prohibited. If you have received this transmission in error, please call 314.497.6352.

The information contained in this electronic message may be attorney client privileged, confidential and exempt from disclosure under applicable law and is intended only for the use of the individual (s) to whom this electronic message is addressed. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this electronic communication or any attachment thereto is strictly prohibited.

--
Daniel J. Cohen
Law Offices of Daniel J. Cohen
P.O. Box 432040
St. Louis, Missouri 63143
Phone: 314.497.6352
Fax: 314.932.1185
Email: danieljaycohen209@gmail.com

CONFIDENTIALITY NOTICE
You are hereby notified that 1) e-mail communication is not a secure method of communication; 2) any e-mail that is sent to you or by you may be copied and held by various computers it passes through as it goes from me to you or vice versa; 3) persons not participating in our communication may intercept our communication by improperly accessing your computer or my computer or even some computer unconnected to either of us which the e-mail passed through. I am communicating to you via e-mail because you have consented to receive communications via this medium. If you change your mind and want future communications to be sent in a different fashion, please let me know at once.

The information contained in this e-mail transmission is legally privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this transmission is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this transmission is strictly prohibited. If you have received this transmission in error, please call 314.497.6352.

The information contained in this electronic message may be attorney client privileged, confidential and exempt from disclosure under applicable law and is intended only for the use of the individual (s) to whom this electronic message is addressed. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this electronic communication or any attachment thereto is strictly prohibited.

## RE: Rogan

**David Oppenheim**
**Sent:** Thursday, May 12, 2016 3:46 PM
**To:** Phil Bock

It's the argument Zurich made to disqualify everyone after Jeff came to A&W coupled with an erroneous assumption that changing the firm name means that I am a shareholder—not that that matters either.

**From:** Phil Bock
**Sent:** Thursday, May 12, 2016 3:45 PM
**To:** David Oppenheim <david@classlawyers.com>
**Subject:** RE: Rogan

And his knowledge is nil

Phillip A. Bock
Bock, Hatch, Lewis & Oppenheim, LLC
134 N. La Salle St., Ste. 1000
Chicago, IL 60602
312-658-5501 direct
312-658-5555 fax
847-845-3347 cell

**From:** David Oppenheim
**Sent:** Thursday, May 12, 2016 3:41 PM
**To:** Phil Bock
**Subject:** FW: Rogan

**From:** Brian Wanca [mailto:bwanca@andersonwanca.com]
**Sent:** Thursday, May 12, 2016 3:41 PM
**To:** David Oppenheim <david@classlawyers.com>
**Subject:** RE: Rogan

Sorry your knowledge is imputed to your firm of which you are a shareholder

Get Outlook for Android

On Thu, May 12, 2016 at 1:37 PM -0700, "David Oppenheim" <david@classlawyers.com> wrote:

I have not breached any duty of any kind. I have nothing to do with the Bucs case filed by this office. I have passed along your e-mail and the request regarding the Rogan mediation.

**From:** Brian Wanca [mailto:bwanca@andersonwanca.com]
**Sent:** Thursday, May 12, 2016 1:39 PM
**To:** David Oppenheim <david@classlawyers.com>

BLF000043

Cc: Ross Good <rgood@andersonwanca.com>
**Subject:** RE: Rogan

David, in light of the conflict that exists between our firms and because of your breach of fiduciary duty in the bucs case, I do not want you to attend the mediation. I will attend.

**Brian J. Wanca**
**ANDERSON+WANCA**
**3701 Algonquin Road, Suite 500**
**Rolling Meadows, IL 60008**
**Ph: 847-368-1500**
**Fax: 847-368-1501**

**From:** Brian Wanca
**Sent:** Thursday, May 12, 2016 11:08 AM
**To:** 'David Oppenheim' <david@classlawyers.com>
**Subject:** RE: Rogan

Pls check with me before you commit to mediations as I will need to attend. I am open that date but pls check with me as to my availability going forward.

**Brian J. Wanca**
**ANDERSON+WANCA**
**3701 Algonquin Road, Suite 500**
**Rolling Meadows, IL 60008**
**Ph: 847-368-1500**
**Fax: 847-368-1501**

**From:** David Oppenheim [mailto:david@classlawyers.com]
**Sent:** Thursday, May 12, 2016 10:54 AM
**To:** Charles Spevacek <cspevacek@meagher.com>
**Cc:** Phil Bock <phil@classlawyers.com>; Brian Wanca <bwanca@andersonwanca.com>; Jeffrey Berman <jberman@andersonwanca.com>
**Subject:** RE: Rogan

We have confirmed 6/23 for the mediation.  A confirmation letter should follow shortly.

**From:** Charles Spevacek [mailto:cspevacek@meagher.com]
**Sent:** Monday, May 09, 2016 11:11 AM
**To:** David Oppenheim <david@classlawyers.com>
**Cc:** Phil Bock <phil@classlawyers.com>; Brian Wanca <bwanca@andersonwanca.com>; Jeffrey Berman <jberman@andersonwanca.com>
**Subject:** RE: Rogan

Agreed.

Will you check if he is still available?



**Charles Spevacek** | Partner
Meagher & Geer, P.L.L.P.
33 South Sixth Street, Suite 4400 | Minneapolis, Minnesota 55402
DIRECT: +1 612.347.9171 | FAX: +1 612.877.3066 | CELL: +1.612.751.3219
cspevacek@meagher.com | meagher.com | vCard | Bio

CELL: 612-751-3219

**Offices in Minnesota, Arizona, and North Dakota**

---

**From:** David Oppenheim [mailto:david@classlawyers.com]
**Sent:** Monday, May 09, 2016 11:09 AM
**To:** Charles Spevacek
**Cc:** Phil Bock; Brian Wanca; Jeffrey Berman
**Subject:** RE: Rogan

That's fine as long as we can do an unopposed motion for extension on our brief.  It is currently due 5/27.

**From:** Charles Spevacek [mailto:cspevacek@meagher.com]
**Sent:** Monday, May 09, 2016 11:02 AM
**To:** David Oppenheim <david@classlawyers.com>
**Subject:** RE: Rogan

David,

How about Billik on June 23?

Chuck



**Charles Spevacek** | Partner
Meagher & Geer, P.L.L.P.
33 South Sixth Street, Suite 4400 | Minneapolis, Minnesota 55402
DIRECT: +1 612.347.9171 | FAX: +1 612.877.3066 | CELL: +1.612.751.3219
cspevacek@meagher.com | meagher.com | vCard | Bio

CELL: 612-751-3219

Offices in Minnesota, Arizona, and North Dakota

**From:** David Oppenheim [mailto:david@classlawyers.com]
**Sent:** Friday, April 29, 2016 4:13 PM
**To:** Charles Spevacek
**Cc:** Brian Wanca; Phil Bock; Jeffrey Berman
**Subject:** RE: Rogan

Brian had an issue with Andersen.  Here is what is available and works for us with the rest:

Billik: 5/17, 19, 26.  6/14, 15, 20, 22, 23, 24, 27, 30

Bronstein:  5/18, 25.  6/10, 15, 16, 20, 21, 23, 24, 28, 29
Epstein: 5/9-11, 17, 18.  6/7, 8, 15, 21, 22, 27-30
Rakowski: 5/9, 10, 12, 13, 16-19, 25-27.  6/3, 6, 7, 10, 13, 15-17, 20-24, 27, 28, 30.

In addition, we'd also recommend former Illinois Appellate Judge Stuart Palmer, who is also with JAMS.  He is available: 5/9, 10, 13, 17, 19.  6/6, 7, 9, 10, 17, 20, 21, 23, 24, 27, 28, 30.

Using a former state appellate judge can be helpful in a settlement approval process.  Let us know.  Thanks and have a good weekend.

David M. Oppenheim
Bock, Hatch, Lewis & Oppenheim, LLC
134 N. LaSalle St., Ste. 1000
Chicago, Illinois 60602
Tel: (312) 658-1500

**From:** Charles Spevacek [mailto:cspevacek@meagher.com]
**Sent:** Friday, April 29, 2016 8:16 AM
**To:** David Oppenheim
**Cc:** Brian Wanca; Phil Bock; Jeffrey Berman
**Subject:** RE: Rogan

Thanks, David.

I'm checking with my side on the new names you added, but if the two we agree on are available soon, all the better.

BLF000046

Chuck



## MEAGHER & GEER
ATTORNEYS AT LAW          P.L.L.P.

**Charles Spevacek** | Partner
Meagher & Geer, P.L.L.P.
33 South Sixth Street, Suite 4400 | Minneapolis, Minnesota 55402
DIRECT: +1 612.347.9171 | FAX: +1 612.877.3066 | CELL: +1.612.751.3219
cspevacek@meagher.com | meagher.com | vCard | Bio

CELL: 612-751-3219

**Offices in Minnesota, Arizona, and North Dakota**

---

**From:** David Oppenheim [mailto:david@classlawyers.com]
**Sent:** Thursday, April 28, 2016 12:36 PM
**To:** Charles Spevacek
**Cc:** Brian Wanca; Phil Bock; Jeffrey Berman
**Subject:** RE: Rogan

Chuck,

That sounds good.  Of your list, we would be ok with Billik or Andersen.  We would also suggest:

-Jim Epstein (former Cook County and Illinois Appellate Court judge with JAMS)
-Thomas Rakowski (former Illinois Appellate Court judge with JAMS)
-Phillip Bronstein (former Cook County judge with ADR Systems)

We can check on availability for the above five and let you know.  Obviously, sooner is better given that we have a brief due.  Thanks.

David M. Oppenheim
Bock, Hatch, Lewis & Oppenheim, LLC
134 N. LaSalle St., Ste. 1000
Chicago, Illinois 60602
Tel: (312) 658-1500

---

**From:** Charles Spevacek [mailto:cspevacek@meagher.com]
**Sent:** Wednesday, April 27, 2016 10:55 AM
**To:** David Oppenheim
**Subject:** RE: Rogan

David,

BLF000047

Getting back to you on your counter-demand, while we can't accept the numbers you propose, we feel we are making some progress. Good enough that we want to explore further your suggestion of a mediation. To that end, here is a list of potential mediators:

Wayne Anderson (former federal district court judge)
Dennis Burke (former Cook County judge)
Patrick McGann (former Cook County judge)
Richard Billik (former Cook County judge)
Morton Denlow (former federal magistrate)
Donald O'Connell (former Cook County Chief Judge)

Any of them work for you? Also, if you have someone you'd suggest, let me know.

This took a bit of a back-seat while we finalized our brief to the Court of Appeals, but we'd like to see if we can get somewhere on this as soon as you might be available.

Let me know.

Chuck


**Charles Spevacek** | Partner
Meagher & Geer, P.L.L.P.
33 South Sixth Street, Suite 4400 | Minneapolis, Minnesota 55402
DIRECT: +1 612.347.9171 | FAX: +1 612.877.3066 | CELL: +1.612.751.3219
cspevacek@meagher.com | meagher.com | vCard | Bio


CELL: 612-751-3219


---

**From:** Charles Spevacek
**Sent:** Friday, April 15, 2016 4:11 AM
**To:** 'David Oppenheim'
**Cc:** Amy Woodworth
**Subject:** RE: Rogan

David,

Sorry for the delay. I'll have something for you shortly.

Chuck


**Charles Spevacek** | Partner

Meagher & Geer, P.L.L.P.
33 South Sixth Street, Suite 4400 | Minneapolis, Minnesota 55402
DIRECT: +1 612.347.9171 | FAX: +1 612.877.3066 | CELL: +1.612.751.3219
cspevacek@meagher.com | meagher.com | vCard | Bio


CELL: 612-751-3219


---

**From:** David Oppenheim [mailto:david@classlawyers.com]
**Sent:** Thursday, April 14, 2016 12:02 PM
**To:** Charles Spevacek
**Subject:** Rogan

Just following up to see where you folks are on this one.  We sent a counter on 3/10.  Please let me know.  Thanks.
NOTICE: The foregoing message (including all attachments) is covered by the Electronic Communications Privacy Act, 18
U.S.C. Sections 2510-2521, is CONFIDENTIAL and may also be protected by ATTORNEY-CLIENT or other PRIVILEGE.
If you are not the intended recipient of this message, you are hereby notified that any retention, dissemination, distribution
or copying of this communication is strictly prohibited. Please reply to the sender that you have received this message in
error; then delete it. The U.S. Treasury Department requires us to advise you that this written advice is not intended or
written by our firm to be used, and cannot be used by any taxpayer, for the purpose of avoiding any penalties that may be
imposed under the Internal Revenue Code. Written advice from our firm relating to Federal tax matters may not, without
our express written consent, be used in promoting, marketing or recommending any entity, investment plan or
arrangement to any taxpayer, other than the recipient of the written advice. Thank you.

| From: | Brian Wanca |
|-------|-------------|
| To: | Tod Lewis; Ryan Kelly |
| Subject: | FW: cin q v buccaneers |
| Date: | Thursday, October 03, 2013 3:03:16 PM |

?

# Brian J. Wanca

**ANDERSON+WANCA**

**3701 Algonquin Road, Suite 760**

**Rolling Meadows, IL 60008**

**Ph: 847-368-1500**

**Fax: 847-368-1501**

**From:** Ross Good
**Sent:** Thursday, October 3, 2013 2:25 PM
**To:** Brian Wanca
**Cc:** Ryan Kelly; Michael Gardner
**Subject:** Re: cin q v buccaneers

Ryan,
Mike still needs a DEPO date in order to send the subpoena

--
Ross Good
Anderson + Wanca
3701 Algonquin Rd., Suite 760
Rolling Meadows, IL 60008
rgood@andersonwanca.com - EMail
(847) 350-9861 - Direct Line
(847) 350-9861 - Direct Fax
(847) 368-1500 - Office Phone
(847) 368-1501 - Office Fax

On Thu, Oct 3, 2013 at 12:41 PM, Ross Good <rgood@andersonwanca.com> wrote:

Yes it's effectively slingshot

On Oct 3, 2013 12:08 PM, "Ryan Kelly" <rkelly@andersonwanca.com> wrote:

Where is Rocket Messaging?  Philadelphia?

Ryan M. Kelly
Anderson + Wanca

BLF000050

3701 Algonquin Rd., Suite 760
Rolling Meadows, IL 60008
(847) 368-1500 ph
(847) 368-1501 fax
rkelly@andersonwanca.com

**From:** Michael Gardner
**Sent:** Thursday, October 03, 2013 8:57 AM
**To:** Ryan Kelly; Ross Good
**Subject:** FW: cin q v buccaneers

When are you able to do the dep for this?

**From:** Brian Wanca
**Sent:** Wednesday, October 02, 2013 6:06 PM
**To:** Michael Gardner
**Cc:** Ross Good; Ryan Kelly
**Subject:** cin q v buccaneers

Mike I left you a subpoena for records and testimony from rocket messaging. Pls do in word and send to mike Addison for his edits.

**Brian J. Wanca**
**ANDERSON+WANCA**
**3701 Algonquin Road, Suite 760**
**Rolling Meadows, IL 60008**
**Ph: 847-368-1500**
**Fax: 847-368-1501**

BLF000051

## Phil Bock

| | |
|---|---|
| **From:** | Brian J. Wanca <bwanca@andersonwanca.com> |
| **Sent:** | Tuesday, September 01, 2009 10:30 AM |
| **To:** | Michael Addison |
| **Cc:** | Phil Bock; Ryan M. Kelly |
| **Subject:** | Tampa Bay Buccaneers TCPA SUIT |

We have a plaintiff but I understand you filed on friday. Let me know if your plaintiff has a defect or cold feet and we can work something out.

*Brian J. Wanca*
*Anderson + Wanca*
*3701 Algonquin Road, Suite 760*
*Rolling Meadows, IL  60008*
*Telephone:  847/368-1500*
*Fax:  847/368-1501*

1

BLF000052

**Phil Bock**

| | |
|---|---|
| **From:** | Brian J. Wanca <bwanca@andersonwanca.com> |
| **Sent:** | Thursday, November 05, 2009 2:52 PM |
| **To:** | Sue Fitzgerald |
| **Cc:** | Michael Addison; Phil Bock |
| **Subject:** | FW: Document production and bad faith letter to insurance company |
| **Attachments:** | RE Document production and bad faith letter to insurance company.eml |

Pls send mike a word version of one of our recent complaints as he needs to amend his suit against the tampa bay buccaneers and will be retaining us as additional counsel.

1

BLF000053



# GROUP TICKETS
## ON SALE NOW!

- **Group tickets starting at $32 per seat for groups of 10 or more**
- **Savings up to $16 per ticket**
- **Fully catered tailgating packages also available**

## GROUP TICKETS IDEAL TO:

- Reward employees
- Entertain clients
- Celebrate a birthday or special occasion

For more information, call the Buccaneers sales department at 877-649-2827 (2827) or purchase online at www.buccaneers.com

| | | | | |
|---|---|---|---|---|
| | Kansas City | Sat. | Aug. 21 | 7:30 PM |
| | Jacksonville | Sat. | Aug. 28 | 7:30 PM |
| | Cleveland | Sun. | Sept. 12 | 1:00 PM |
| | Pittsburgh | Sun. | Sept. 26 | 1:00 PM |
| | New Orleans | Sun. | Oct. 17 | 1:00 PM |
| | St. Louis | Sun. | Oct. 24 | 1:00 PM |
| | Carolina | Sun. | Nov. 14 | 1:00 PM |
| | Atlanta | Sun. | Dec. 5 | 1:00 PM |
| | Detroit | Sun. | Dec. 19 | 1:00 PM |
| | Seattle | Sun. | Dec. 26 | 1:00 PM |

*Time Subject to change due to NFL Flex Scheduling*



BLF000054

**Phil Bock**

| | |
|---|---|
| **From:** | Brian Wanca <bwanca@andersonwanca.com> |
| **Sent:** | Wednesday, August 04, 2010 2:30 PM |
| **To:** | Michael Addison |
| **Cc:** | Phil Bock |
| **Subject:** | FW: tampa chiro v nfl |
| **Attachments:** | 20100804140301027.pdf |

Look what was sent to me. Are you game to sue the nfl with us?

-----Original Message-----
From: scanner@andersonwanca.com [mailto:scanner@andersonwanca.com]
Sent: Wednesday, August 04, 2010 2:03 PM
To: Brian
Subject:

This E-mail was sent from "RICOH" (Aficio MP 5000).

Scan Date: 08.04.2010 14:03:00 (-0500)
Queries to: scanner@andersonwanca.com

1

BLF000055

## Phil Bock

| | |
|---|---|
| **From:** | Brian Wanca <bwanca@andersonwanca.com> |
| **Sent:** | Wednesday, August 04, 2010 2:44 PM |
| **To:** | Michael Addison |
| **Cc:** | Phil Bock |
| **Subject:** | RE: tampa chiro v nfl |

Correct on all counts. Your area is a hot bed for plaintiffs attys.

-----Original Message-----
From: Michael Addison [mailto:M@mcalaw.net]
Sent: Wednesday, August 04, 2010 2:33 PM
To: Brian Wanca
Subject: RE: tampa chiro v nfl

Yes--is it the nfl or simply the Bucs? I already have a case pending against the Bucs from last year. Is Tampa Chiro not a EBR or season ticket subscriber with the Bucs?


Michael C. Addison
Addison & Howard, P.A.
P. O. Box 172535
Tampa, FL 33672-0535
(813) 223-2000 Fax: (813) 228-6000
m@mcalaw.net

-----Original Message-----
From: Brian Wanca [mailto:bwanca@andersonwanca.com]
Sent: Wednesday, August 04, 2010 3:30 PM
To: Michael Addison
Cc: Phil Bock
Subject: FW: tampa chiro v nfl

Look what was sent to me. Are you game to sue the nfl with us?

-----Original Message-----
From: scanner@andersonwanca.com [mailto:scanner@andersonwanca.com]
Sent: Wednesday, August 04, 2010 2:03 PM
To: Brian
Subject:

This E-mail was sent from "RICOH" (Aficio MP 5000).

Scan Date: 08.04.2010 14:03:00 (-0500)
Queries to: scanner@andersonwanca.com

1

BLF000056

## Phil Bock

| | |
|---|---|
| **From:** | Phil Bock <phil@bockhatchllc.com> |
| **Sent:** | Wednesday, February 06, 2013 9:23 AM |
| **To:** | Jim Smith |
| **Subject:** | RE: Medical v. Michael Wayne Clement |

i guess we'll see if they file a biggerstaff report at class cert. having fax transmission records is huge if they got them. one big difference is that the insurance isn't going to be there this time around. by 2008/2009 insurers had exclusions. so maybe they're only going after the big defendants, which is what should do.

**From:** Jim Smith
**Sent:** Wednesday, February 06, 2013 9:18 AM
**To:** Phil Bock
**Subject:** RE: Medical v. Michael Wayne Clement

Interesting. That does fit together. Wonder if they obtained those records yet?

James M. Smith
BOCK & HATCH, LLC
134 N. La Salle Street, Suite 1000
Chicago, IL 60602
Phone: (312) 658-5500
Direct Dial: (312) 658-5502
Direct Fax: (312) 658-5502
Email: james@bockhatchllc.com

**From:** Phil Bock
**Sent:** Wednesday, February 06, 2013 9:07 AM
**To:** Jim Smith
**Subject:** RE: Medical v. Michael Wayne Clement

Found this when I looked up our Tampa local - Mike Addison. Since I wrote many of the paragraphs in this complaint I recognize them. Looks to me like they sued Buccaneers and for some reason dropped that to pursue the fax broadcaster and then opened that up to trying to get the broadcaster's records or something as they did with Caroline Abraham. This jives with Ross telling me at Wanca xmas party in dec 2011 that they were "on to" a fax broadcaster that was bigger than Abraham. So maybe they got the records and those new cases are based on them. Not sure.

**From:** Phil Bock
**Sent:** Wednesday, February 06, 2013 8:45 AM
**To:** Jim Smith
**Subject:** RE: Medical v. Michael Wayne Clement

strange. i remember brian saying we were going to file a case against tampa bay. not sure what happened to that, but this seems related to it somehow

**From:** Jim Smith
**Sent:** Wednesday, February 06, 2013 7:29 AM
**To:** Phil Bock
**Subject:** Medical v. Michael Wayne Clement

1

BLF000057

I was looking to see what cases we have pending in Florida federal court and stumbled on this Wanca case filed in March 2012. Did you know about this case?

Defendants are limited to broadcasters. The complaint has very specific facts. Makes you wonder how A+W obtained that information prior to filing the lawsuit.

Wonder if A+W obtained discovery in a case or cases that we're working on. Withheld that information from us. Then used that information to file additional lawsuits without us?


James M. Smith
BOCK & HATCH, LLC
134 N. La Salle Street, Suite 1000
Chicago, IL 60602
Phone: (312) 658-5500
Direct Dial: (312) 658-5502
Direct Fax: (312) 658-5502
Email: james@bockhatchllc.com

2

BLF000058

**Phil Bock**

| | |
|---|---|
| **From:** | Tod Lewis <Todd@bockhatchllc.com> |
| **Sent:** | Sunday, June 23, 2013 10:43 AM |
| **To:** | Phil Bock |
| **Cc:** | Jim Smith; Tod Lewis |
| **Subject:** | Re: tampa bay buccaneers junk fax case |

Hopefully they will screw it up ....

Sent from my iPhone

On Jun 22, 2013, at 11:31 PM, "Phil Bock" <phil@bockhatchllc.com> wrote:

> I assume Wanca's in this without us. I think they filed a case last year and then dropped it or something.
> <Unwanted faxes could create $270M headache for Tampa Bay Bucs | Tampa Bay Times.pdf>

1

BLF000059

**Phil Bock**

| | |
|---|---|
| **From:** | Phil Bock <phil@bockhatchllc.com> |
| **Sent:** | Wednesday, February 06, 2013 9:07 AM |
| **To:** | Jim Smith |
| **Subject:** | RE: Medical v. Michael Wayne Clement |
| **Attachments:** | 2011 complaint.pdf |

Found this when I looked up our Tampa local - Mike Addison.  Since I wrote many of the paragraphs in this complaint I recognize them.  Looks to me like they sued Buccaneers and for some reason dropped that to pursue the fax broadcaster and then opened that up to trying to get the broadcaster's records or something as they did with Caroline Abraham.  This jives with Ross telling me at Wanca xmas party in dec 2011 that they were "on to" a fax broadcaster that was bigger than Abraham.  So maybe they got the records and those new cases are based on them.  Not sure.

**From:** Phil Bock
**Sent:** Wednesday, February 06, 2013 8:45 AM
**To:** Jim Smith
**Subject:** RE: Medical v. Michael Wayne Clement

strange.  i remember brian saying we were going to file a case against tampa bay.  not sure what happened to that, but this seems related to it somehow

**From:** Jim Smith
**Sent:** Wednesday, February 06, 2013 7:29 AM
**To:** Phil Bock
**Subject:** Medical v. Michael Wayne Clement

I was looking to see what cases we have pending in Florida federal court and stumbled on this Wanca case filed in March 2012. Did you know about this case?

Defendants are limited to broadcasters. The complaint has very specific facts. Makes you wonder how A+W obtained that information prior to filing the lawsuit.

Wonder if A+W obtained discovery in a case or cases that we're working on. Withheld that information from us. Then used that information to file additional lawsuits without us?

James M. Smith
BOCK & HATCH, LLC
134 N. La Salle Street, Suite 1000
Chicago, IL 60602
Phone: (312) 658-5500
Direct Dial: (312) 658-5502
Direct Fax: (312) 658-5502
Email: james@bockhatchllc.com

BLF000060

**Phil Bock**

| | |
|---|---|
| **From:** | Ryan Kelly <rkelly@andersonwanca.com> |
| **Sent:** | Thursday, February 06, 2014 2:15 PM |
| **To:** | Phil Bock; Tod Lewis; Daniel Cohen |
| **Subject:** | Fwd: Trial |

Just a heads up. Postman may continue the doughboy hearing.

Sent from my iPhone

Begin forwarded message:

> **From:** "Barry A. Postman" <Barry.Postman@csklegal.com>
> **Date:** February 6, 2014 at 2:05:49 PM CST
> **To:** Brian Wanca <bwanca@andersonwanca.com>, Ryan Kelly <rkelly@andersonwanca.com>
> **Cc:** "Justin C. Sorel" <Justin.Sorel@csklegal.com>
> **Subject:** Trial
>
> I just learned that I am #1 to start trial Tuesday of next week in what will probably be a three week trial. It is possible, although unlikely, the case will resolve. This is somewhat unexpected, but I have been asked by the client to try the case and will, therefore, need to do so. I wanted to give you as much notice as possible. I am currently open March 24 – 27. I am happy to wait and see if the trial goes before we postpone anything, but since travel is involved I wanted to give you a heads up as much as possible. In the Dewar and Buccaneers case, I need to take all depositions and attend all significant hearings (that is a client requirement). I will continue to keep you posted but, again, wanted to give you as much notice as I could – Barry.



www.csklegal.com

**Barry A. Postman, Esq.**

Barry.Postman@csklegal.com
Tel:  561-383-9234
Fax:  561-683-8977
1645 Palm Beach Lakes, 2nd Floor
West Palm Beach, FL 33401



1

BLF000061

**Confidentiality Notice:** This communication is covered by the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521. It is legally privileged (including attachments) and is intended only for the use of the individual(s) or entity(ies) to which it is addressed. It may contain information that is confidential, proprietary, privileged, and/or exempt from disclosure under applicable law. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon this information by persons or entities other than the intended recipient is strictly prohibited. If you have received this communication in error, please notify us so that we may take the appropriate action and avoid troubling you further. If you are not the intended recipient(s), please destroy this message, and any attachments, and notify the sender by return e-mail. Thank you for your cooperation.

BLF000062

**Phil Bock**

| | |
|---|---|
| **From:** | Jim Smith <james@bockhatchllc.com> |
| **Sent:** | Thursday, March 13, 2014 11:00 AM |
| **To:** | Phil Bock; Tod Lewis |
| **Subject:** | RE: Forbes Nelson is the source of some hard drive wanca has |

Steve Sims was an alias for Michael Clement, I guess. Haven't been able to determine what "company" this Clement was though.

-----Original Message-----
From: Phil Bock
Sent: Thursday, March 13, 2014 10:53 AM
To: Phil Bock; Tod Lewis; Jim Smith
Subject: Forbes Nelson is the source of some hard drive wanca has

Addison says he's using it for the Tampa bay buccaneers case

Phil Bock
312-658-5501

1

BLF000063

**Phil Bock**

| | |
|---|---|
| **From:** | Michael Addison <m@mcalaw.net> |
| **Sent:** | Monday, July 14, 2014 1:02 PM |
| **To:** | bwanca@andersonwanca.com |
| **Cc:** | rkelly@andersonwanca.com; Phil Bock; ghara@andersonwanca.com |
| **Subject:** | Oral arguments in the 11th Circuit |

Brian,

Are you planning on having anyone watch the oral arguments in Atlanta on Tuesday July 29 (Stein v. Buccaneers) or Wednesday July 30 (Palm Beach  Golf v. Sarkis)?

*Mike*

Michael C. Addison
Addison & Howard, P.A.
400 N. Tampa St., Suite 1100
Tampa, FL  33602-4714
Tel: 813-223-2000
Fax: 813-228-6000
m@mcalaw.net

1

BLF000064

## Phil Bock

| From: | Michael Addison <m@mcalaw.net> |
|-------|-------------------------------|
| Sent: | Monday, July 14, 2014 2:57 PM |
| To: | Phil Bock |
| Subject: | RE: Oral arguments in the 11th Circuit |

got it. thanks.  I was obviously interested because of the potential impact of the Sarris opinion on the Cin-Q case against the Bucs.

*Mike*

Michael C. Addison
Addison & Howard, P.A.
400 N. Tampa St., Suite 1100
Tampa, FL  33602-4714
Tel: 813-223-2000
Fax: 813-228-6000
m@mcalaw.net

**From:** Phil Bock [mailto:phil@bockhatchllc.com]
**Sent:** Monday, July 14, 2014 3:27 PM
**To:** Michael Addison
**Subject:** Re: Oral arguments in the 11th Circuit

Brian's firm is in rolling meadows. Mine is in Chicago. Dan works for me out of St. Louis

Phillip A. Bock
Bock & Hatch, LLC
134 N. La Salle St., Ste. 1000
Chicago, IL 60602
312-658-5501 direct
312-658-5555 fax

On Jul 14, 2014, at 2:08 PM, "Michael Addison" <m@mcalaw.net> wrote:

> could not find him on Google under Daniel J. Cohen, Attorney, Rolling Meadow, Illinois.  Made me wonder who he might be.
>
> *Mike*
>
> Michael C. Addison
> Addison & Howard, P.A.
> 400 N. Tampa St., Suite 1100
> Tampa, FL  33602-4714
> Tel: 813-223-2000
> Fax: 813-228-6000
> m@mcalaw.net

1

BLF000065

**From:** Phil Bock [mailto:phil@bockhatchllc.com]
**Sent:** Monday, July 14, 2014 2:56 PM
**To:** Michael Addison
**Subject:** Re: Oral arguments in the 11th Circuit

Yup

Phillip A. Bock
Bock & Hatch, LLC
134 N. La Salle St., Ste. 1000
Chicago, IL 60602
312-658-5501 direct
312-658-5555 fax

On Jul 14, 2014, at 1:47 PM, "Michael Addison" <m@mcalaw.net> wrote:

> who is Dan Cohen?  Hopefully a hot shot appellate lawyer!
>
> *Mike*
>
> Michael C. Addison
> Addison & Howard, P.A.
> 400 N. Tampa St., Suite 1100
> Tampa, FL  33602-4714
> Tel: 813-223-2000
> Fax: 813-228-6000
> m@mcalaw.net

**From:** Phil Bock [mailto:phil@bockhatchllc.com]
**Sent:** Monday, July 14, 2014 2:46 PM
**To:** Michael Addison
**Subject:** Re: Oral arguments in the 11th Circuit

Dan Cohen arguing sarris. Not sure about the Bucs case

Phillip A. Bock
Bock & Hatch, LLC
134 N. La Salle St., Ste. 1000
Chicago, IL 60602
312-658-5501 direct
312-658-5555 fax

On Jul 14, 2014, at 1:42 PM, "Michael Addison" <m@mcalaw.net> wrote:

> who is arguing for you/us in that case?  I just thought you might get
> some insight into the questions the panel might be asking (assuming it is
> the same panel—not even sure about that).
>
> *Mike*
>
> Michael C. Addison
> Addison & Howard, P.A.
> 400 N. Tampa St., Suite 1100

2

BLF000066

Tampa, FL 33602-4714
Tel: 813-223-2000
Fax: 813-228-6000
m@mcalaw.net

**From:** Phil Bock [mailto:phil@bockhatchllc.com]
**Sent:** Monday, July 14, 2014 2:38 PM
**To:** Michael Addison
**Subject:** Re: Oral arguments in the 11th Circuit

Right you know I thought you could but I don't find it on their website. I
must've read about it somewhere recently about the 11th circuit finally
joining the other circuits in making them available online. Palm beach
sarris is one of our cases so we'll be there for that one

Phillip A. Bock
Bock & Hatch, LLC
134 N. La Salle St., Ste. 1000
Chicago, IL 60602
312-658-5501 direct
312-658-5555 fax

On Jul 14, 2014, at 1:27 PM, "Michael Addison" <m@mcalaw.net>
wrote:

> I know that you can order a CD of the argument. Can
> you also listen in online?
>
> *Mike*
>
> Michael C. Addison
> Addison & Howard, P.A.
> 400 N. Tampa St., Suite 1100
> Tampa, FL 33602-4714
> Tel: 813-223-2000
> Fax: 813-228-6000
> m@mcalaw.net
>
> **From:** Phil Bock [mailto:phil@bockhatchllc.com]
> **Sent:** Monday, July 14, 2014 2:24 PM
> **To:** Michael Addison
> **Cc:** bwanca@andersonwanca.com;
> rkelly@andersonwanca.com;
> ghara@andersonwanca.com
> **Subject:** Re: Oral arguments in the 11th Circuit
>
> They will be online the same day
>
> Phillip A. Bock
> Bock & Hatch, LLC
> 134 N. La Salle St., Ste. 1000
> Chicago, IL 60602

3

BLF000067

312-658-5501 direct
312-658-5555 fax

On Jul 14, 2014, at 1:01 PM, "Michael Addison"
<m@mcalaw.net> wrote:

Brian,

Are you planning on having anyone
watch the oral arguments in Atlanta
on Tuesday July 29 (Stein v.
Buccaneers) or Wednesday July 30
(Palm Beach  Golf v. Sarkis)?

*Mike*

Michael C. Addison
Addison & Howard, P.A.
400 N. Tampa St., Suite 1100
Tampa, FL  33602-4714
Tel: 813-223-2000
Fax: 813-228-6000
m@mcalaw.net

4

BLF000068

**Phil Bock**

| | |
|---|---|
| **From:** | Brian Wanca <bwanca@andersonwanca.com> |
| **Sent:** | Tuesday, July 15, 2014 8:45 AM |
| **To:** | Michael Addison; Ryan Kelly; Phil Bock; Glenn Hara |
| **Subject:** | RE: Panel for 11th Circuit argument in Sarris appeal |

Thanks mike. Hinkle may be the one we have to win over.

**Brian J. Wanca**
**ANDERSON+WANCA**
**3701 Algonquin Road, Suite 760**
**Rolling Meadows, IL 60008**
**Ph: 847-368-1500**
**Fax: 847-368-1501**

---

**From:** Michael Addison [mailto:m@mcalaw.net]
**Sent:** Tuesday, July 15, 2014 8:42 AM
**To:** Ryan Kelly; Philip Bock; Brian Wanca; Glenn Hara
**Subject:** Panel for 11th Circuit argument in Sarris appeal

I checked with the 11th circuit this morning. The panel for the appeal arguments on both Tuesday and Wednesday, July 29 and 30, consists of Judge Beverly B. Martin (11th Circuit), Judge Richard K. Eaton (U.S. Court of International Trade) and Judge Hinkle, N. D. Fla. district judge. Tuesday is the Stein v. Bucs case and Wednesday is Palm Beach Golf v. Sarris.

Judge Martin was appointed to the 11th circuit in 2010. She went to Stetson University in Florida for undergrad, and U. of Georgia Law School. She was the U. S. Attorney for the Middle District of Georgia from 97 until 2000, and assistant US Attorney from 94 to 97. She was in private practice for 3 hears out of law school and an Assistant Attorney General of Georgia for 10 years from 84 to 94. She published her article titled Picture of Perfect Oral Argument at www.georgiacriminalappellatelawblog.com/11th-circuit-court-of-appeals/judge-beverly-martin-provides-picture-or-the-perfect-oral-argument/

Judge Eaton was chief of staff for Senator Daniel Moynihan and an attorney with the Mudge Rose law firm in NY from 1983-91; and a partner at Stroock & Stroock & Lavan from 1995 to 1999.

Judge Hinkle is a Harvard Law grad. He clerked for Judge Goldberg of the 5th Circuit and was in private practice in Atlanta and then Tallahassee before his appointment by President Clinton in 1996. He is an adjunct professor at Florida State School of Law.

This information may help with the Palm Beach Golf argument--who knows? it can't hurt.

Mike

1

BLF000069

Michael C. Addison
Addison & Howard, P.A.
400 N. Tampa St., Suite 1100
Tampa, FL 33602-4714
Tel: 813-223-2000 Fax: 813-228-6000
m@mcalaw.net

2

BLF000070

**Phil Bock**

| | |
|---|---|
| **From:** | Brian Wanca <bwanca@andersonwanca.com> |
| **Sent:** | Thursday, July 17, 2014 1:03 PM |
| **To:** | Glenn Hara; David Oppenheim; Phil Bock; Ryan Kelly; Ross Good; George Lang; Wallace Solberg; Jeffrey Berman |
| **Subject:** | RE: FCC amicus in Sarris |

Yes file in cmart

## Brian J. Wanca

**ANDERSON+WANCA**
**3701 Algonquin Road, Suite 760**
**Rolling Meadows, IL 60008**
**Ph: 847-368-1500**
**Fax: 847-368-1501**

**From:** Glenn Hara
**Sent:** Thursday, July 17, 2014 11:39 AM
**To:** David Oppenheim; Brian Wanca; phil@bockhatchllc.com; Ryan Kelly; Ross Good; George Lang; Wallace Solberg; Jeffrey Berman
**Subject:** RE: FCC amicus in Sarris

Wow. I'll prepare supplemental notice for Cin-Q v. Bucs.

What other cases?

Should we bother with C-Mart? The issue is pending in MetLife's motion in limine regarding theories of liability.

Glenn L. Hara
Anderson + Wanca
3701 Algonquin Road, Suite 760
Rolling Meadows, Illinois 60008
Tel: (847) 368-1500
Fax: (847) 368-1501
ghara@andersonwanca.com

**From:** David Oppenheim
**Sent:** Thursday, July 17, 2014 11:35 AM
**To:** Brian Wanca; phil@bockhatchllc.com; Ryan Kelly; Ross Good; George Lang; Wallace Solberg; Glenn Hara; Jeffrey Berman
**Subject:** RE: FCC amicus in Sarris

"In contrast with the Commission's construction of "initiate" in the robo-call and do-not-call contexts – where FCC rules describe the directly-liable call "initiat[or]" as the "telemarketer" that physically makes the call – the FCC defines the directly-liable "sender," for purposes of the TCPA's unsolicited facsimile advertisement

1

BLF000071

prohibition, as "the person or entity on whose behalf a facsimile unsolicited advertisement is sent or whose goods or services are advertised or promoted in the unsolicited advertisement." 47 C.F.R. § 64.1200(f)(10). In other words, under the plain text of that definition – and unlike the robo-call and do-not-call contexts – direct liability for sending an unsolicited facsimile advertisement attaches to the entity (defined as the "sender") whose goods or services are being promoted, and *not* generally to the entity that physically transmits the facsimile."

**From:** David Oppenheim
**Sent:** Thursday, July 17, 2014 11:31 AM
**To:** Brian Wanca; phil@bockhatchllc.com; Ryan Kelly (rkelly@andersonwanca.com); Ross Good; George Lang; Wallace Solberg; Glenn Hara; Jeffrey Berman
**Subject:** FCC amicus in Sarris

Still reading. They take the position that DISH Network has no applicability to fax claims, only voice claims and therefore liability does not depend on agency principles. May be time to dust off the case law we used in Walburg about how an FCC brief is entitled to Hobbs Act deference.

David M. Oppenheim
Attorney at Law
Anderson + Wanca
3701 Algonquin Rd., Suite 760
Rolling Meadows, IL 60008
p-(847) 368-1500
f-((847) 368-1501

2

BLF000072

**Phil Bock**

| | |
|---|---|
| **From:** | Ryan Kelly <rkelly@andersonwanca.com> |
| **Sent:** | Wednesday, December 17, 2014 12:33 PM |
| **To:** | Phil Bock |
| **Subject:** | Fwd: Cin-q v. Buccaneers |
| **Attachments:** | 80975.pdf; ATT00001.htm |

Sent from my iPhone

Begin forwarded message:

> **From:** Kelly Wieczorek <kwieczorek@andersonwanca.com>
> **Date:** December 17, 2014 at 12:22:28 PM CST
> **To:** Brian Wanca <bwanca@andersonwanca.com>, Wallace Solberg <wsolberg@andersonwanca.com>,
> George Lang <glang@andersonwanca.com>, Glenn Hara <ghara@andersonwanca.com>, Ross Good
> <rgood@andersonwanca.com>, Ryan Kelly <rkelly@andersonwanca.com>
> **Subject: Cin-q v. Buccaneers**
>
> Order: Def's MOSJ is DENIED and Pltf's MOSJ is DENIED.

1

BLF000073

**Phil Bock**

| | |
|---|---|
| **From:** | Michael Addison <m@mcalaw.net> |
| **Sent:** | Wednesday, December 02, 2015 1:38 PM |
| **To:** | Phil Bock |
| **Subject:** | Reed v. Tsunami - Final Judgment entered |

Phil,

Is the case of Lee Alan Reed v. Tsunami in Hillsborough County, Florida, one that you are involved in? I have obtained the Final Judgment against the defendant in that case, and nothing has been done to follow up to pursue the insurance company who was originally paying for the defense, but then abandoned the case as outlined in my email to Attorney Oppenheim in the emai below. I have no interest in stepping on any toes in terms of which cases you are involved in and which you are not, but this Final Judgment could use some attention and pursuit of the insurance company if there is any argument about coverage. We got the Final Judgment, in part, on the conversion claim in Count II.

Mike
Michael C. Addison
Addison & Howard, P.A.
400 N. Tampa St., Suite 1100
Tampa, FL 33602-4714
Tel: 813-223-2000 Fax: 813-228-6000
m@mcalaw.net

—— Original Message -----
**From:** MCA
**To:** doppenheim@andersonwanca.com
**Sent:** 11/04/2015 9:21AM
**Subject:** Email to Oppenheim - Reed v. Tsunami - Final Judgment entered

David,

I believe that you are probably still busy on other matters, but I wanted to remind you about the Final Judgment we obtained in the Lee Alan Reed v. Tsunami case, and the question about the ability to pursue the insurance carrier to recover the damages assessed against the defendant. This is the case where the defendant had an insurance policy which refused to defend the case even though there was a claim for conversion damages in Count II and the judgment included damages for that claim. I had previously attached the letter from the insurance company's lawyer explaining its decision to cease defending and denying coverage.

Given that there does not seem to be any interest on the part of the Buccaneers in the Cin-Q case to get serious, and we are waiting for their expert report before scheduling any further discovery of experts, I was hoping that there might be a chance to take a good look at the Reed Final Judgment.

Mike

BLF000074

Michael C. Addison
Addison & Howard, P.A.
400 N. Tampa St., Suite 1100
Tampa, FL 33602-4714
Tel: 813-223-2000 Fax: 813-228-6000
m@mcalaw.net

----- Original Message -----
From: doppenheim@andersonwanca.com
To: Michael Addison
Sent: 8/17/2015 2:38PM
Subject: Email from Oppenheim - Reed v. Tsunami

Mike,

I know the Tsunami thing is out there and needs to be launched.  Have not forgotten about it.  I have not had a moment to do so.  Thanks.


David M. Oppenheim

Attorney at Law

Anderson + Wanca

3701 Algonquin Rd., Suite 760

Rolling Meadows, IL 60008

p-(847) 368-1500

f-((847) 368-1501

BLF000075

## FW: Siding v. Alco

**Michael Addison [m@mcalaw.net]**
**Sent:** Tuesday, May 10, 2016 9:28 AM
**To:** David Oppenheim; Phil Bock
**Attachments:** Order.pdf (117 KB)

Congratulations to Phil and David! Great result for truth, justice and the American way.

*Mike*

Michael C. Addison
Addison & Howard, P.A.
400 N. Tampa St., Suite 1100
Tampa, FL 33602-4714
Tel: 813-223-2000
Fax: 813-228-6000
m@mcalaw.net

---

**From:** Brian Wanca [mailto:bwanca@andersonwanca.com]
**Sent:** Tuesday, May 10, 2016 10:24 AM
**To:** Michael Addison
**Subject:** FW: Siding v. Alco

## Brian J. Wanca

**ANDERSON+WANCA**
**3701 Algonquin Road, Suite 500**
**Rolling Meadows, IL 60008**
**Ph: 847-368-1500**
**Fax: 847-368-1501**

**From:** Ryan Kelly
**Sent:** Tuesday, May 10, 2016 9:06 AM
**To:** Brian Wanca <bwanca@andersonwanca.com>; Ross Good <rgood@andersonwanca.com>; Wallace Solberg <wsolberg@andersonwanca.com>; Glenn Hara <ghara@andersonwanca.com>
**Subject:** Siding v. Alco

6th Circuit reverses! The FCC plainly knows how to impose the standards of agency law when it wishes to do so," the panel ruled. "But the FCC ... [has] said nothing whatsoever about agency law or vicarious liability in relationship to fax broadcasters."

Ryan M. Kelly, Esq.
Anderson + Wanca
3701 Algonquin Rd., Suite 500
Rolling Meadows, IL 60008
(847) 368-1500 ph

BLF000076

(847) 368-1501 fax
rkelly@andersonwanca.com

BLF000077

**Phil Bock**

| | |
|---|---|
| **From:** | Michael Addison <m@mcalaw.net> |
| **Sent:** | Wednesday, December 02, 2015 1:38 PM |
| **To:** | Phil Bock |
| **Subject:** | Reed v. Tsunami - Final Judgment entered |

Phil,

Is the case of Lee Alan Reed v. Tsunami in Hillsborough County, Florida, one that you are involved in? I have obtained the Final Judgment against the defendant in that case, and nothing has been done to follow up to pursue the insurance company who was originally paying for the defense, but then abandoned the case as outlined in my email to Attorney Oppenheim in the emai below. I have no interest in stepping on any toes in terms of which cases you are involved in and which you are not, but this Final Judgment could use some attention and pursuit of the insurance company if there is any argument about coverage. We got the Final Judgment, in part, on the conversion claim in Count II.

Mike
Michael C. Addison
Addison & Howard, P.A.
400 N. Tampa St., Suite 1100
Tampa, FL 33602-4714
Tel: 813-223-2000 Fax: 813-228-6000
m@mcalaw.net

----- Original Message -----
**From:** MCA
**To:** doppenheim@andersonwanca.com
**Sent:** 11/04/2015 9:21AM
**Subject:** Email to Oppenheim - Reed v. Tsunami - Final Judgment entered

David,

I believe that you are probably still busy on other matters, but I wanted to remind you about the Final Judgment we obtained in the Lee Alan Reed v. Tsunami case, and the question about the ability to pursue the insurance carrier to recover the damages assessed against the defendant. This is the case where the defendant had an insurance policy which refused to defend the case even though there was a claim for conversion damages in Count II and the judgment included damages for that claim. I had previously attached the letter from the insurance company's lawyer explaining its decision to cease defending and denying coverage.

Given that there does not seem to be any interest on the part of the Buccaneers in the Cin-Q case to get serious, and we are waiting for their expert report before scheduling any further discovery of experts, I was hoping that there might be a chance to take a good look at the Reed Final Judgment.

Mike

1

2

BLF000078

Michael C. Addison
Addison & Howard, P.A.
400 N. Tampa St., Suite 1100
Tampa, FL 33602-4714
Tel: 813-223-2000 Fax: 813-228-6000
m@mcalaw.net

----- Original Message -----
From: doppenheim@andersonwanca.com
To: Michael Addison
Sent: 8/17/2015 2:38PM
Subject: Email from Oppenheim - Reed v. Tsunami

Mike,

I know the Tsunami thing is out there and needs to be launched.  Have not forgotten about it.  I have not had a moment to do so.  Thanks.

David M. Oppenheim

Attorney at Law

Anderson + Wanca

3701 Algonquin Rd., Suite 760

Rolling Meadows, IL 60008

p-(847) 368-1500

f-((847) 368-1501

2

BLF000079

●●ooo VZW Wi-Fi 🛜   6:23 PM   🧭 ⁂ 87% 🔋

**‹** Messages   **David**   Details

Sat, Mar 26, 10:43 AM



When's your next trip to Miami?

Sat, Mar 26, 12:04 PM

Not sure

Sun, Mar 27, 10:53 AM



Happy Easter!

You too!!!

Thu, Mar 31, 5:19 PM

  

BLF000080

●●○○○ VZW Wi-Fi 🛜   6:23 PM      🔒 ⚡ 87% 🔋

< **Messages**    **David**    Details

Thu, Mar 31, 5:19 PM

Hey, my day slipped past me and I'm supposed to meet some people for dinner. 😬 Could we talk tomorrow? Any time better for you etc? If tomorrow bad, any time Saturday would work for me or we could have dinner Sunday (except that's a family night)

 iMessage 

BLF000081



**◀ Messages**   **David**   Details

that's a family night)

I am downtown at a mediation tomorrow. Want to get together after?

Yes but I can't. I'm in Miami until Sunday. 😊



I'd say come down here and I'd load you up with those giant drinks on

 iMessage 

●●ooo VZW Wi-Fi 🛜   6:24 PM         🖈 ⚡ 86% 🔋

❮ Messages   **David**         Details

I'd say come down here and I'd load you up with those giant drinks on Ocean but I know you've got little kids who need you at home in the weekend.

Lol. Tempting.

Or throw everybody on a plane and come to miami for the weekend so we

 

BLF000083

‎●●○○○ VZW Wi-Fi 🛜   6:24 PM   ⚹ ✳ 86% ▮

‹ **Messages**   **David**   **Details**

> plane and come to miami for the weekend so we can hang out for an hour and I'll pay for it. 😬

If you're serious I'm sure they'd love that

Totally ok if that was in jest

> Totally serious on my part

> if I was up there

 iMessage 

BLF000084

●●○○○ VZW Wi-Fi 🛜 6:24 PM ⌖ ✳ 86% 🔋

‹ Messages **David** Details

if it was up there we could have dinner but I'm here so if you're willing to bring everybody down for the weekend so you and I can meet up for an hour or so then I'm willing to it for it. Shit, you've put a bunch of money in my pocket already so I feel like I already owe you and your family a

 |iMessage 

BLF000085

trip to miami.

That should work.
Let me make sure.

Kids are off school
tomorrow anyway

Perfect

Thu, Mar 31, 8:30 PM

No pressure
though. Depends
on how
spontaneous
Nicole is. 😁

●●○○○ VZW Wi-Fi 📶   6:24 PM        ✈ ✻ 86% ▬

❮ Messages     **David**   ·      Details

She's definitely up for it.  Figuring out logistics.


Good to hear

Thu, Mar 31, 10:06 PM

The spontaneity ended up being overrated.  Our dog just had knee surgery and got his staples out today and Nicole doesn't want to board him.  Can we get together

  

BLF000087

●●○○○ VZW Wi-Fi 📶   6:24 PM          📍 ⚹ 86% 🔋

**‹ Messages**     **David**          Details

board him.  Can
we get together
Monday?

Lol. Sure no
problem.

Fri, Apr 1, 3:58 PM

Would any time on
Sunday work for
you? Doesn't have
to be late or
anything. And I'm
thinking we meet
up for an hour or
so, not too long.
Or we can talk by

 iMessage 

●●○○○ VZW Wi-Fi 📶   6:24 PM   🡕 ✳ 86% 🔋

Would any time on Sunday work for you? Doesn't have to be late or anything. And I'm thinking we meet up for an hour or so, not too long. Or we can talk by phone tomorrow night or Sunday night after your kids have gone to bed? It's just that Monday is packed for me.

 iMessage 

BLF000089

●●○○○ VZW Wi-Fi 📶   6:24 PM        📍 ⚡ 86% 🔋

‹ Messages    **David**        Details

That's fine.  What
time Sunday is
best?

One sec

4 or later? What
can work for you?

4 is good

Ok cool. Meet
somewhere up by
where you live?

How about
Uncommon
Ground on Devon?

 iMessage 



●●○○○ VZW Wi-Fi 📶   6:24 PM        🖈 ∗ 85% 🔋

❮ Messages      **David**        Details



That sounds perfect

Cool.  Enjoy the sun!



Sun, Apr 3, 5:00 PM

I'm running late of course. Should be there at 4:15

Ok.  No problem.  I will get a table.

I have one.  You

 iMessage 

BLF000091

●●ooo VZW Wi-Fi 📶   6:25 PM        📍 ✳ 85% 🔋

**‹** Messages    **David**           Details

I have one. You should see me if you walk past the host stand to the dining area.

Ok thanks

Just pulling up in Uber

Cool

**Mon, Apr 4,** 10:41 AM

Too much wine last night. Moving very slowly today.

📷 | iMessage                        🎤

BLF000092

●●○○○ VZW Wi-Fi 📶   6:25 PM          ⬈ ✳ 85% 🔋

**‹ Messages      David          Details**

### Mon, Apr 4, 10:41 AM



Too much wine last night. Moving very slowly today. 😂

### Mon, Apr 4, 12:17 PM

**Me too**



Did I give you a few hundred bucks or did I give it to the Uber driver? 😂

**You gave it to me**

 iMessage 

●●○○○ VZW Wi-Fi 📶 6:25 PM  ➤ ⚹ 85% 🔋

❮ Messages **David** Details

You gave it to me to buy a computer

Lol. Awesome

Also I assume taxes will have to be taken out for the ████ to be added in on first payroll?

Was thinking about that

You're right but we could hold off on the taxes until end

 iMessage 

BLF000094

●●ooo VZW Wi-Fi 📶   6:25 PM   ⬈ ❋ 85% ▬▬

**‹ Messages**   **David**   **Details**

You're right but we could hold off on the taxes until end of year or something. I remember you are wanting to pay off debt.

Sounds good.

Tue, Apr 5, 8:45 PM

Any news? I don't talk to you much during work days anymore and don't

 iMessage 

**‹** Messages   **David**   Details

Tue, Apr 5, 8:45 PM

Any news?  I don't talk to you much during work days anymore and don't want to bother you at night when you're with your kids

Wed, Apr 6, 11:16 AM

Getting computer. Should I get Office or do you have an office wide

 iMessage 

BLF000096

●●ooo VZW Wi-Fi 🛜   6:25 PM        ⌁ ✳ 85% 🔋

❮ Messages      **David**        Details

Wed, Apr 6, 11:16 AM

Getting computer.
Should I get Office
or do you have an
office wide
license?

Get office Bc I'm
not sure and id
rather you have
what you need
from day 1

Ok. Cool.

Wed, Apr 6, 12:59 PM

 iMessage 

BLF000097

●●○○○ VZW Wi-Fi 🛜   6:25 PM          �Ⓑ 85% 🔋

**‹ Messages**   **David**   **Details**

Wed, Apr 6, 12:59 PM

Banking saga continues. Money is gone from my account April 4. Will you call my personal banker at Chase and see if he can help? I sent him all my proofs that it's paid.

Michael Howlett 312-732-2181

He said the money might already be posted to your

 iMessage 

BLF000098

●●○○○ VZW Wi-Fi 📶   6:26 PM        ⟋ ✷ 85% 🔋

‹ Messages    **David**        Details

He said the money might already be posted to your account in a hidden fashion and he'll be able to figure out whether they already know the money is there and they would honor any checks you wrote against it. That sort of thing.

Oy. Will do.

Can you send me

 iMessage 

BLF000099

●●○○○ VZW Wi-Fi 📶   6:26 PM   ✈ ☀ 85% 🔋

**‹ Messages   David   Details**

Oy.  Will do.

Can you send me the model number of your new laptop? Because I want to make sure I get the right docking set up for it

I think it's I5-5300u



Thanks

Wed, Apr 6, 4:01 PM

 iMessage 

BLF000100

●●○○○ VZW Wi-Fi 📶   6:26 PM   🧭 ⁂ 85% 🔋

‹ Messages   **David**   Details

Wed, Apr 6, 4:01 PM

Your Chase guy took care of it. Thanks!

Good to hear. Shit, I was pretty pissed at both banks for a while. A 14 day hold on checks that had already cleared that day is ridiculous. The bank hold period has gotten longer as technology has streamlined

 

BLF000101

●●○○○ VZW Wi-Fi 🛜   6:26 PM   🧭 ⚹ 85% 🔋

‹ Messages   **David**   Details

Good to hear. Shit, I was pretty pissed at both banks for a while. A 14 day hold on checks that had already cleared that day is ridiculous. The bank hold period has gotten longer as technology has streamlined everything.

**Wed, Apr 6,** 6:20 PM

Can you have

 iMessage 

BLF000102

●●○○○ VZW Wi-Fi 🛜 6:26 PM ✈ ✳ 85% 🔋

**‹ Messages** **David** **Details**

Wed, Apr 6, 6:20 PM

Can you have someone set up an email account for me?



Yes today

David or Dave your preference for email

David

Thanks.



Thu, Apr 7, 4:12 PM

 iMessage 

BLF000103

●oooo VZW Wi-Fi 📶   6:26 PM   ⭠ ✳ 85% 🔋

**‹** Messages   **David**   Details

**Thu, Apr 7,** 4:12 PM

Call dropped



Drive safely

**Thu, Apr 7,** 5:30 PM

Computer guy suggested we use david@bockhatchl lc.com for a day or two while he gets Classlawyers.com activated. He's going to send me your username

 iMessage 

BLF000104

●●ooo **VZW Wi-Fi** 🛜   **6:26 PM**   🧭 ❋ **85%** 🔋

‹ **Messages**　　**David**　　　**Details**

Thu, Apr 7, 5:30 PM

Computer guy suggested we use david@bockhatchllc.com for a day or two while he gets Classlawyers.com activated. He's going to send me your username and password tonight or early am

Cool.

I need to get on the health plan

 iMessage 

BLF000105

I need to get on the health plan too.

Yes. They have some sort of thing where you can join after the first month or something like that. So you stay on your old plan for one month as Brian is required to permit, and then you join our plan. But I'm pretty sure

  

●●○○○ VZW Wi-Fi 📶  6:26 PM      🗗 ⁎ 85% 🔋

❮ Messages    **David**        Details

you join our plan.
But I'm pretty sure
we have the same
exact plan anyway.
Definitely both
have Blue Cross

Cool. Just want to
avoid a gap.


I agree

Thu, Apr 7, 10:41 PM


📧 **Updated contact info fo...**
Brian Wanca 370...  update...

From: **Brian Wanca**        Hide

To: phil@bockhatchllc.com


nice work by your team on

📷 | iMessage                        ⓪

BLF000107

●●○○○ VZW Wi-Fi 🛜   6:26 PM        🔺 ❋ 84% 🔋

**‹ Messages**    **David**        **Details**

---

## Thu, Apr 7, 10:41 PM

🗞 **Updated contact info fo...**
Brian Wanca 370... update...

**From: Brian Wanca ›**    Hide

**To:** phil@bockhatchllc.com ›

**nice work by your team on the cox cases!**
Today at 9:45 PM

**Brian J. Wanca**
**ANDERSON+WANCA**
**3701 Algonquin Road, Suite 500**

**From: Jason Tho... ›**    Hide

**To:** phil@bockhatchllc.com ›

Brian Wanca ›

**Cc:** Lance Young ›

**tcpa**

---

  

BLF000108

●●○○○ VZW Wi-Fi 📶    6:27 PM        ✈ ✳ 84% 🔋

< Messages        **David**        Details

**tcpa**
Today at 9:45 PM

Great result. Turning this judge 180 degrees is unprecedented. Shall we discuss what's the next best move?

pdf

pdf.pdf

Can you forward the opinion? To dmoppenheim@a meritech.net unless you have password for me.

Fri, Apr 8, 1:20 PM

Have you done a preliminary

 | iMessage        

BLF000109

●●○○○ VZW Wi-Fi 📶   6:27 PM        ⬈ ✳ 84% 🔋

**‹** Messages        **David**        Details

Fri, Apr 8, 1:20 PM

## Have you done a preliminary approval motion for Foxfire?

> I think so. Let me check

Fri, Apr 8, 3:07 PM

> Aaron forwarding

> I'd like to add Tod's name to company name, unless you care

 

●●○○○ VZW Wi-Fi 🛜   6:27 PM            ⬈ ✳ 84% 🔋

‹ Messages          **David**          Details

Fri, Apr 8, 3:07 PM

Aaron forwarding

I'd like to add Tod's name to company name, unless you care about that. He's loyal to a fault and I'm trying to be sensitive not to give people the impression that im saying, "Dave Oppenheim is here. Everybody move over and get

 | iMessage 

‹ Messages   **David**   Details

Oppenheim is here. Everybody move over and get out of the way"

"Bock, Hatch, Lewis & Oppenheim, LLC" or "Bock, Hatch, Oppenheim & Lewis, LLC" or "Bock, Oppenheim, Hatch & Lewis, LLC" or "Bock, Oppenheim, Lewis & Hatch, LLC"





BLF000112

●●○○○ VZW Wi-Fi 📶   6:27 PM   ⌁ ☀ 84% 🔋

‹ Messages   **David**   Details

But I haven't mentioned it to anybody and I would like to hear your thoughts. No hurry but I thought I would put that out there

That's fine.  The first is alphabetical.  And maybe bhlo.com domain is open.

Taken but bhlolawyers and

 iMessage 

BLF000113

●●○○○ VZW Wi-Fi 🛜   6:27 PM          🡥 ✳ 84% 🔋

‹ **Messages**     **David**          **Details**

them all redirect and forward and connect at the same spots so that's not a problem. It's merely how do we want to tell people our email addresses and website

Ok

Mon, Apr 11, 1:19 PM

I am making my
hire date 3/31 for

 iMessage 

●●○○○ VZW Wi-Fi 📶   6:27 PM   ➹ ⁕ 84% 🔋

‹ Messages    **David**    Details

Taken but bhlolawyers and bhlolaw are open. I'm still leaning towards classlawyers.com because it's descriptive, accurate, easy to remember, etc. actually we can have as many as we want and have them all redirect and forward and connect at the same spots so

 iMessage

BLF000115

●●ooo VZW Wi-Fi 🛜   6:27 PM        🡕 ⁑ 84% 🔋

❮ **Messages**      **David**        **Details**

Mon, Apr 11, 1:19 PM

I am making my
hire date 3/31 for
BCBS purposes.
Ok?

> Ok. Shouldn't
> matter

How is Miami?

> Just deplaned.
> Cloudy and a cold
> 79. I was in
> Chicago for the
> weekend but too
> last to go to the

 iMessage 

BLF000116

●●○○○ VZW Wi-Fi 📶 **6:28 PM**   ⌁ ✳ **84%**🔋

❮ **Messages**   **David**   **Details**

## How is Miami?

Just deplaned. Cloudy and a cold 79. I was in Chicago for the weekend but too last to go to the office. Ok if I don't go to foxfire? ███████ has an early soccer game Thursday and then I have Barrones on Friday

**No problem.  May not be happening**

 iMessage 

BLF000117

●●ooo VZW Wi-Fi 🛜  6:28 PM   🡕 ⁕ 84% 🔋

‹ Messages    **David**    Details

# No problem. May not be happening anyway. Still no signature.

Mon, Apr 11, 5:07 PM

From: Marilyn B. F... ›   Hide

To: phil@bockhatchllc.com ›

Jeffrey Berman ›

David Oppenheim ›

**FW: Americana - Thurs. 4/14 @ 9:30 is OK**
Today at 4:19 PM

While I was in court today, my secretary fielded a call from Judge Sheridan's clerk. You can see her message below. Let me know how you would like to proceed.

Marilyn

prohibited. If you have received this message in

 iMessage   

BLF000118

prohibited. If you have received this message in error, please delete this e-mail and all files transmitted with it from your system and immediately notify Murtha Cullina by sending a reply e-mail to the sender of this message. Thank you.

**From:** Robin E. Rocca
**Sent:** Monday, April 11, 2016 10:00 AM
**To:** Marilyn B. Fagelson
**Subject:** Americana - Thurs. 4/14 @ 9:30 is OK
**Importance:** High

Sarah from Hartford Superior called (860-548-2779). Settlement on record this Thurs (4/14) is fine as long as it only takes ½ hr – 45 mins. If it will take longer, you will need to reschedule as the Judge has something else on his calendar.

**Robin E. Rocca**
*Legal Secretary*
203-772-7744
rrocca@murthalaw.com

## From: Sue Fitzger...    Hide

To: phil@bockhatchllc.com

Jeffrey Berman    Tina Natali

## Chapman (C.T. Phoenix) adv. Cincinnati Ins. Co. – Oral Argument Wed.

Today at 4:23 PM





Appellate Court called.  Oral Argument will be heard on the 16th Floor (not 14th as previously scheduled).  (Didn't know if Dave has email set up yet to send to him also since he is arguing.)

*Susan M. Fitzgerald*

I saw.  Thanks.

Tue, Apr 12, 5:24 PM

I need a Westlaw password

Ok sent you an email. I set it up. You can change things but is to start. User Pass




BLF000120

●●○○○ VZW Wi-Fi 🛜   6:34 PM        🡕 ⚡ 80% 🔋

**‹** Messages   **David**        Details

Wed, Apr 13, 10:15 AM

Good luck on argument

Thanks!

Wed, Apr 13, 4:04 PM

No Brian or Lubin on Bayer.  Not sure where you are seeing that, but probably in the preliminary approval motion and I bet somebody cut and

 iMessage 

BLF000121

●●ooo VZW Wi-Fi 🛜  6:34 PM  ✈ ❄ 80% 🔋

❮ Messages  **David**  Details

> somebody cut and
> pasted from the
> Irish sisters crown
> mortgage case
> because that's the
> only case with
> Lubin

Wed, Apr 13, 5:18 PM

Yep. Fixed.

Just landed in
Boston

Wed, Apr 13, 6:58 PM


Welcome to

 iMessage 

BLF000122

●●○○○ VZW Wi-Fi 🛜 **6:34 PM**　🛧 ⚹ 80% ▰▰▰

**❮** Messages　**David**　Details

**Wed, Apr 13,** 6:58 PM



Thanks. At Artu.



Lol

Hoping to hit
Mike's and cigar
bar before heading
down



 

BLF000123

●●ooo VZW Wi-Fi 🛜   6:34 PM      ⬈ ⚹ 80% 🔋

‹ **Messages**   **David**      **Details**


Nice!

**Wed, Apr 13,** 8:14 PM

Gonna try and put final approval the week of 6/13.. Any days that don't work for you that week?


No that's good

**Thu, Apr 14,** 11:54 PM


Still awake?

From your picture

 |Message 

BLF000124

●●○○○ VZW Wi-Fi 🛜   6:35 PM        ◀ ✳ 80% 🔋

‹ Messages   **David**        Details

Still awake?

From your picture it looks like you want the cabinet with the glass doors to be moved closer to the window but on the same wall.

Packing

Yes

OK thanks



 iMessage

BLF000125

●●○○○ VZW Wi-Fi 🛜   6:37 PM   ⬆ ⚹ 78% 🔋

〈 **Messages**   **David**   **Details**

Mon, May 2, 8:34 PM

I'm at the office...
Did they set things
up the way you
want?

Yes--although we
are going to switch
the monitors back
to 4 across

OK. I just wanted
to make sure
they're trying to
keep you happy



 iMessage 

●●○○○ VZW Wi-Fi 📶   6:38 PM   🕐 ⚹ 77% 🔋

❮ Messages     **David**     Details

I filed a case against Buccaneers and asked everybody to leave you out of it. So if everybody's staring at you like you're infected, that's what it is. Please keep confidential.



 iMessage 

BLF000127

●●○○○ VZW Wi-Fi 🛜   6:38 PM          ⌖ ✳ 77% ▭

< Messages      **David**              Details



I saw the efiling receipt on the Bucs. I can pretend I didn't. 

Efiling receipt?

From Hillsborough County

 | Message 

BLF000128

●●○○○ VZW Wi-Fi 🤶   6:39 PM   📍 ⁕ 77% 🔋

**‹ Messages**   **David**   **Details**

I saw the efiling receipt on the Bucs.  I can pretend I didn't. 😄

Efiling receipt?

From Hillsborough County

Sorry, why did you get one?

Dunno

You got it from the court itself?

 iMessage 

BLF000129

●●○○○ VZW Wi-Fi 🔋 6:39 PM         ↗ ✳ 77% 🔋

< Messages        **David**        Details

I will forward



May be that the account is set up to send to office distribution list





 iMessage 

BLF000130