UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | | |
|---|---|---|
| TECHNOLOGY TRAINING ASSOCIATES, INC., *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | No. 8:16-cv-01622-AEP |
| v. | ) ) | |
| BUCCANEERS LIMITED PARTNERSHIP, | ) ) | |
| Defendant, | ) ) | |
| _____ | ) ) | |
| CIN-Q AUTOMOBILES, INC., and MEDICAL & CHIROPRACTIC CLINIC, INC., | ) ) ) | |
| Intervenors. | ) | |

**INTERVENORS'** *RENEWED* **MOTION TO DECERTIFY SETTLEMENT CLASS, VACATE PRELIMINARY APPROVAL ORDER, AND STRIKE CLASS ALLEGATIONS**

**Appendix of Exhibits**

| **Exhibit No.** | **Document Description** |
|---|---|
| 1. | Hearing Transcript January 29, 2018 |
| 2. | Hearing Transcript May 1, 2018 |
| 3. | (CinQ+MC000001 – 278)  *(Being filed under seal)* |
| 4. | (CinQ+MC000399)  *(Being filed under seal)* |
| 5. | (CinQ+MC000396)  *(Being filed under seal)* |
| 6. | (CinQ+MC000403)  *(Being filed under seal)* |
| 7. | (CinQ+MC000418)  *(Being filed under seal)* |
| 8. | (CinQ+MC000432)  *(Being filed under seal)* |
| 9. | (CinQ+MC000443 - 435)  *(Being filed under seal)* |
| 10. | (CinQ+MC000436)  *(Being filed under seal)* |

11.        (CinQ+MC000445)  *(Being filed under seal)*

12.        (CinQ+MC000449)  *(Being filed under seal)*

13.        (CinQ+MC000451)  *(Being filed under seal)*

14.        (CinQ+MC000465)  *(Being filed under seal)*

15.        (CinQ+MC000468)  *(Being filed under seal)*

16.        (CinQ+MC000474 - 475)   *(Being filed under seal)*

17.        (CinQ+MC000472)  *(Being filed under seal)*

18.        (CinQ+MC000482)  *(Being filed under seal)*

19.        (CinQ+MC000486)  *(Being filed under seal)*

20.        (CinQ+MC000494)  *(Being filed under seal)*

21.        (CinQ+MC000497 - 499)  *(Being filed under seal)*

22.        (CinQ+MC000519 - 520)  *(Being filed under seal)*

23.        (CinQ+MC000510)  *(Being filed under seal)*

24.        (CinQ+MC000721)  *(Being filed under seal)*

25.        (CinQ+MC000760)  *(Being filed under seal)*