# EXHIBIT 2

IN THE CIRCUIT COURT OF THE NINETEENTH JUDICIAL CIRCUIT
LAKE COUNTY, ILLINOIS

**FILED**
APR 25 2019
Eva Cartwright Weinstein
CIRCUIT CLERK

DR. STEVEN ARKIN )
)
vs. )   Case No. 18CH0984
)
SMITH MEDICAL PARTNERS, LLC )

## ORDER

THIS CAUSE COMING TO BE HEARD ON JOINT APPLICATION FOR EMERGENCY RELIEF TO ADJOURN APRIL 26, 2019 FINAL APPROVAL HEARING AND APRIL 26, 2019 HEARING ON MOTION TO SET DISCOVERY PERIOD, THE COURT BEING FULLY ADVISED, AND THE PARTIES (AND OBJECTORS) HAVING APPEARED THROUGH COUNSEL; IT IS HEREBY ORDERED:

1. THE JOINT APPLICATION IS HEREBY GRANTED;
2. THIS MATTER IS SET FOR STATUS HEARING ON MAY 31, 2019, AT 9:00 AM;
3. ALL PENDING MOTIONS ARE ENTERED AND CONTINUED UNTIL MAY 31, 2019, ~~FOR STATUS ONLY~~
4. ALL SUBPOENAS ISSUED BY OBJECTORS ARE WITHDRAWN;
5. THE HEARING SET FOR APRIL 26, 2019 IS STRICKEN
6. THE FINAL APPROVAL HEARING WILL BE RESET AT OR AFTER THE MAY 31, 2019 STATUS HEARING.

ENTER:

_____
Luis A. Berrones
JUDGE

Dated this 25TH day of APRIL, 2019.

Prepared by: JEFFREY BERMAN
Attorney's Name: ANDERSON + WANCA
Address: 3701 ALGONQUIN ROAD
City: ROLLING MEADOWS   State: IL
Phone: 8473671500   Zip Code: 60008
Fax: 8473681501
ARDC: 6196251

171-94 (Rev. 10/11)