IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | | |
|---|---|---|
| TECHNOLOGY TRAINING ASSOCIATES, INC., and LARRY E. SCHWANKE, D.C. d/b/a/ BACK TO BASICS FAMILY CHIROPRACTIC, individually and as the representatives of a class of similarly-situated persons, | ) ) ) ) ) ) | No. 8:16-cv-01622-MSS-AEP |
| | ) | Mag. Judge Anthony E. Porcelli |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| BUCCANEERS LIMITED PARTNERSHIP, | ) ) ) | |
| Defendant. | ) | |

**PLAINTIFFS' MOTION FOR A GLOBAL SETTLEMENT CONFERENCE**

Plaintiffs Technology Training Associates, Inc. and Larry F. Schwanke, D.C., d/b/a Back to Basics Family Chiropractic, respectfully move the Court to schedule a global settlement conference of the three pending lawsuits alleging Buccaneers Limited Partnership sent unsolicited advertisements by facsimile: (1) *Cin-Q Automobiles, Inc. v. Buccaneers Limited P'ship,* No. 8:13-cv-01592 AEP; (2) *Stein D.D.S. etc. v. Buccaneers Limited P'ship*, 8:13-cv-02136-AEP; and (3) *Technology Training Associates, Inc. v Buccaneers Ltd. P'ship,* 8:16-cv-01622-T-AEP.

WHEREFORE, Plaintiffs respectfully request that the Court schedule a global settlement conference and order such and further relief as the Court deems warranted under the circumstances.

Respectfully submitted,

TECHNOLOGY   TRAINING   ASSOCIATES,
INC. and LARRY E. SCHWANKE, D.C. d/b/a
BACK TO BASICS FAMILY CHIROPRACTIC

By:  s/ Phillip A. Bock

Phillip A. Bock
Robert M. Hatch
Tod A. Lewis
Jonathan B. Piper
Bock, Hatch, Lewis & Oppenheim, LLC
134 N. La Salle St., Ste. 1000
Chicago, IL  60602

## CERTIFICATION UNDER LOCAL RULE 3.01(g)

Pursuant to Local Rule 3.01(g) the undersigned moving counsel certifies that attorney Jonathan Piper conferred with opposing counsel and was not able to agree on the resolution of this motion.

By: s/ Phillip A. Bock

## CERTIFICATE OF SERVICE

I hereby certify that on November 15, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system.


By: /s/ Phillip A. Bock